1  Ryan G. Baker (Bar No. 214036)
     rbaker@waymakerlaw.com
2  Scott M. Malzahn (Bar No. 229204)
     smalzahn@waymakerlaw.com
3
   Brian Grace (Bar No. 307826)
4    bgrace@waymakerlaw.com
5  Emily Stierwalt (Bar No. 323927)
     estierwalt@waymakerlaw.com
6  WAYMAKER LLP
7  777 S Figueroa Street, Suite 2850
   Los Angeles, California 90017
8  Telephone: (424) 652-7800
   Facsimile:  (424) 652-7850
9

10
   *Attorneys for Plaintiffs*
11

12              **UNITED STATES DISTRICT COURT**

13   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

14

15
   INTERNATIONAL MEDICAL          Case No. 2:20-cv-03503-CBM (RAOx)
16 DEVICES, INC.; et al.,
                                  **DECLARATION OF JAMES ELIST,**
17          Plaintiff,            **M.D., IN SUPPORT OF**
                                  **PLAINTIFFS' MOTION FOR**
18      v.                        **SUMMARY ADJUDICATION**

19
   ROBERT CORNELL, MD, an         Judge:   Hon. Consuelo B. Marshall
20 individual; et al.,
21                                Date: October 12, 2021
            Defendant.           Time: 10:00 a.m.
22                               Courtroom: 8B
23

24

25

26

27

28

## <u>DECLARATION OF JAMES ELIST, M.D.</u>

I, James Elist, M.D., declare as follows:

1.     I am a party in the above-entitled action. I submit this declaration in support of plaintiffs International Medical Devices, Inc. ("IMD"), Menova International, Inc. ("Menova") and James Elist, MD's (collectively, "Plaintiffs'") Motion for Summary Adjudication in the above-captioned matter. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently thereto.

### <u>The Penuma Cosmetic Silicone Penile Implant</u>

2.     I am licensed as a physician and surgeon type "A" by the Medical Board of California. This license authorizes me to perform surgeries. I am also certified as a diplomate of urology by the National Board of Physicians and Surgeons.

3.     I am a doctor of urology with a focus in the fields of aesthetic and reconstructive urology, male sexual dysfunction, and male infertility. I have practiced urology since 1976. Since 1982, I have owned my private medical practice based in Beverly Hills, California.

4.     I am the inventor of Penuma, the first and only cosmetic penile implant cleared by the U.S. Food and Drug Administration ("FDA"). Over nearly two decades, I have performed thousands of successful Penuma implant surgeries. In recent years, the number of patients requesting Penuma has increased significantly. I primarily perform Penuma implant procedures in my operating room at the Beverly Hills South Pacific Surgery Center.

5.     I am the sole inventor of no fewer than nine patents on penile implants dating back to August 29, 1995. These include U.S. Patent Nos. 5,445,594 (the "'594 Patent") (implant for expanding penile girth and length); 5,669,870 (the "'870 Patent") (penile implant for improved appearance); 5,899,849 (the "'849 Patent") (subcutaneous penile implant); D462,770 (the "'770 Design Patent") (tapered penile

implant); 6,475,137 (the "'137 Patent") (subcutaneous penile implant); 6,537,204 (the "'204 Patent") (structural penile implant); 8,986,193 (the "'193 Patent") (penile implant); 9,504,573 (the "'573 Patent") (prosthesis for improved penis function); and 10,350,070 (the "'070 Patent") (prosthesis for improved penis function). These patents protect my invention, the subcutaneous silicone penile implant, which I have referred to as Penuma since January 2016.

6.      I am President of plaintiff Menova, a corporation I created to hold the intellectual property associated with Penuma. Since January 2016, Plaintiffs have continuously used the name "Penuma" in commerce to refer to my subcutaneous silicone penile implant. In late 2015, I coined the term "Penuma," which is a made-up word. On January 10, 2016, Menova applied for trademark registration for Penuma with the United States Patent and Trademark Office ("USPTO").

7.      Since Plaintiffs began using the term Penuma in commerce, there have been numerous articles published on the Penuma implant, including profiles by GQ and Cosmopolitan. A true and correct copy of the press page from my medical practice website listing at least 36 publications about Penuma is attached as **Exhibit A**. A true and correct copy of the GQ profile from January 2016 is attached as **Exhibit B**.

8.      Penuma is also well known among medical professionals.  Penuma has been recognized in medical journals, including the *Journal of Sexual Medicine* (https://www.jsm.jsexmed.org/article/S1743-6095(18)31089-0/fulltext) and the *International Journal of Impotence Research* (https://www.nature.com/articles/s41443-020-0237-5.pdf?origin=ppub).  IMD has committed significant resources to building the Penuma name brand among medical professionals, as well as potential patients. A true and correct copy of an article regarding Penuma in the *Journal of Sexual Medicine* is attached as **Exhibit C.**

9.      On September 20, 2016, the USPTO issued a trademark for Penuma, U.S. Reg. No. 50443348. The Penuma mark is owned by Menova, however Menova

WAYMAKER

authorized IMD to select individuals who could use the Penuma mark. Attached as **Exhibit D** is a true and correct copy of the trademark registration for the Penuma mark. This document was previously submitted as Exhibit C to Complaint in this action. (Dkt. 1 at p. 264.)

10.     In 2004, the FDA cleared what is now known as Penuma for commercial use. Following certain design changes, Penuma received further clearance from the FDA in 2017 and 2019. Penuma remains the only FDA-cleared cosmetic penile implant.

11.     I am also President of plaintiff IMD, which was formed in 2013. Jonathan Elist is IMD's CEO. IMD was created as the exclusive distributor of Penuma. In May 2017, IMD entered into an agreement with Gesiva Medical LLC ("Gesiva") to contract the distribution of Penuma exclusively to Gesiva. IMD and Gesiva only distribute Penuma to authorized surgeons. Authorization involves approval by IMD after diligence on the surgeon's experience, the surgeon's observation of Penuma cases in Beverly Hills, and the surgeon's supervised and/or assisted implantation of the first Penuma cases. A surgeon must engage in these various training protocols before receiving authorization to become a Penuma implanter. Once a surgeon is authorized, the surgeon is allowed to offer the Penuma implant and implant surgery and to use the Penuma trademark in advertising, under certain conditions.

12.     Before April 2019, I was the only surgeon to implant Penuma. I began offering Penuma to my patients in 2004 following receipt of FDA clearance.

13.     I and my team at IMD and Menova have spent years building the Penuma brand and reputation, requiring significant effort over many years. My team has continued to develop improvements, based on clinical and other observations during thousands of Penuma implant procedures. Whereas Penuma has a proven record of safety and effectiveness, the cosmetic penile enhancement procedures that existed before it, including fat injections, insertion of dermal graft, and dermal

fillers, are ineffective and unsafe for patients; and medical experts warn physicians against performing these types of procedures.

14.     Since January 2016, when we officially branded the implant Penuma, we have seen a steady increase in the number of patients inquiring about Penuma. I and my team at IMD promote Penuma on the website for Penuma launched in 2016 (www.penuma.com), my medical practice website (www.drelist.com), in brochures, at physician conferences, and using other promotional materials, including informational videos designed to explain the product and procedure to potential patients. To advertise and promote Penuma, IMD spent $11,294.88 in 2017, $11,757.64 in 2018, $11,971.85 in 2019, and $22,382.05 in 2020. In addition, my medical practice spent a total of $108,152.63 on advertising, $49,043.51 on "Marketing and Promotion," and $257,639.22 on "Website Management Fees", from 2017 through 2020, much of which was spent promoting Penuma.

## Confidential Penuma Information

15.     I have spent years developing confidential design ideas to improve Penuma, including the use of internal pockets and mesh tabs. These ideas are the product of my extensive experience with Penuma and my first-hand observations of the patients on which I have operated. I have invested significant time, effort, and resources working with implant manufacturing firms to create plans and develop prototypes based on my trade secret ideas. This time has been spent in my capacity as a practicing urologist and in my capacity as President of IMD and Menova. These design changes also implicate changes in the surgical technique and in the use of instruments and materials. Most notably, based on my clinical observations and research and development, part of the motivation for the development and incorporation of mesh tabs is to facilitate the use of absorbable sutures in the surgical process, as opposed to the non-absorbable sutures that are currently used as part of the Penuma implant procedure. These elements are critical for attachment of the Penuma implant.

16.     Based on my many years performing Penuma implant procedures, I have developed a unique list of instruments and supplies (the "Penuma Instrument and Supply List"), designed specifically for the Penuma implant procedure. This list includes instruments not typically used in the field of urology to ensure Penuma is implanted in patients safely and effectively, including a specific type of surgical scissors that are not typically used by urologists. IMD and I have kept the list confidential. Neither I nor IMD has publicly shared it. I have never authorized anyone to publicly share it.

17.     When IMD started the Penuma surgeon training program, IMD shared the confidential Penuma Instrument and Supply List with Gesiva and authorized Gesiva to share it only with surgeons training on Penuma who have entered a non-disclosure agreement as part of their training or their agents or employees. I understand Gesiva followed those directions. Gesiva is subject to a confidentiality agreement with IMD and was tasked with distributing the Penuma Instrument and Supply List to Penuma Surgeons. No one outside of IMD or Gesiva is allowed to distribute the Penuma Surgical Instrument and Supply List. A true and correct copy of the agreement between IMD and Gesiva is attached as **Exhibit E**.

## Dr. Wang's Work with Penuma

18.     In October 2017, IMD recruited renowned urologists, including Dr. Run Wang, to serve as advisory board members to help develop a training program for surgeons interested in offering Penuma. To protect its intellectual property, IMD requires all advisory board members to enter an agreement with a strict confidentiality term.

19.     As a Penuma advisory board member, Dr. Wang had access to significant confidential and, in some cases, trade secret information. He needed such access due to the important work with which he assisted. For instance, Dr. Wang helped design the Penuma surgeon training program, oversaw the creation of patient protocols, co-authored an academic paper on Penuma (*International Journal of*

*Impotence Research* – https://www.nature.com/articles/s41443-020-0237-5.pdf?origin=ppub), supported efforts to develop protocols for further research on Penuma, helped build awareness of Penuma within the urology community, and exchanged communications regarding Penuma's FDA clearance. As Dr. Wang had access to significant confidential Penuma information, his consulting agreement with IMD included a confidentiality term to govern his treatment of such information.

20.     Dr. Wang attended cases in Beverly Hills on January 19, 2018, and April 26, 2018, to observe me perform Penuma implant procedures. Dr. Wang asked me about potential design changes to the Penuma implant and procedure. Pursuant to the confidentiality agreement between Dr. Wang and IMD, I discussed with Dr. Wang trade secrets at issue, including the use of internal pockets within a cosmetic penile silicone implant, use of one of more mesh tabs on a cosmetic penile silicone implant, and a particular use of absorbable sutures as part of the surgical method associated with placement of the cosmetic penile silicone implant.

21.     As an IMD advisor, Dr. Wang had access to the Penuma procedure instrument and supplies list. He also had access to IMD's draft versions of research protocols, Penuma articles, and a confidential set of surgical notes.

22.     On April 17, 2019, as the final step in Dr. Wang's Penuma training, I proctored the first Penuma case performed by Dr. Wang in Dr. Wang's Houston operating room. After I observed Dr. Wang perform the Penuma implant procedure and I approved of his performance, IMD authorized Dr. Wang as a Penuma surgeon. Because he both observed and performed numerous Penuma procedures, he had firsthand knowledge of the procedure, post-operative follow-up protocol, and other aspects of the Penuma surgery.

23.     On July 30, 2019, at Dr. Wang's request, Dr. Wang returned to my Beverly Hills surgical center to observe me perform additional Penuma implant procedures. At that time Dr. Wang was already authorized to perform Penuma

6

procedures. I recall Dr. Wang asked many questions about the Penuma implant and procedure, and he took copious notes during his visit.

24.     In February 2020, I learned that Dr. Wang was listed as CEO of Augmenta on Augmenta's website. This was troubling, as I could not understand how a member of the Penuma advisory board, with access to significant confidential information, could be simultaneously serving as CEO to a direct competitor – not to mention a competitor started by Dr. Robert Cornell, who had also participated in Penuma training. I contacted Dr. Wang to help clarify my confusion. Dr. Wang was adamant that he had no involvement with Augmenta, a company creating a competing cosmetic penile implant. Dr. Wang was upset, and he said that this mistake could cost him his position at MD Anderson, which, according to Dr. Wang, has policies against the involvement of academic staff in private medical device businesses in a capacity such as CEO.

## Cornell's Penuma Training

25.     The surgeon training program IMD devised was designed to expand Penuma's reach so that other well-trained, respected urologists could purchase and implant Penuma. To participate in the Penuma surgeon training program, IMD requires all participating surgeons to enter a non-disclosure agreement at the time they receive training from me personally. Any surgeon interested in implanting Penuma must first complete training, which includes a mandatory visit to my operating room to observe me perform the Penuma implant procedure to learn the intricacies of the implant and how it is implanted. Due to the nature of the procedure and the importance to maintain Penuma's brand and reputation, only surgeons I approve are granted permission to purchase Penuma and perform the implant procedure. IMD started the surgeon training program at the end of 2017.

26.     In or around January 2018, I received notice from our representative Tom Hopper at Gesiva that a urologist named Dr. Robert J. Cornell was interested in participating in the Penuma surgeon training program. I understood Dr. Cornell had

1   experience primarily with inflatable prosthetic penile implants, but those are non-

2   cosmetic and share little in common with Penuma in terms of design, materials, and

3   purpose. I agreed for him to visit me at my surgical center in Beverly Hills,

4   California, as the first step of his Penuma training. At the surgery center, Dr. Cornell

5   was required to sign a Confidentiality Agreement (the "Penuma NDA"). Attached as

6   **Exhibit F** is a true and correct copy of the Penuma NDA signed by Dr. Cornell on

7   March 30, 2018.

8        27.    On March 30, 2018, Dr. Cornell observed me perform four Penuma

9   implant procedures. Dr. Cornell also signed four patient waiver forms. A true and

10   correct copy of the consent forms is attached as **Exhibit G**.

11       28.    Dr. Cornell asked me numerous questions about Penuma and the

12   implant procedure before, after, and especially during the procedures that day. It is

13   my customary practice to provide narration to explain the procedure and answer any

14   questions the surgeon trainees have. Dr. Cornell asked me why certain steps were

15   taken during the procedure and why Penuma was designed the way it was. He also

16   asked specific questions about the mesh I used on the implant and the type of

17   sutures I used. I recall him also asking about issues patients had experienced with

18   the implant or during the procedure and what my plans were for future versions of

19   Penuma. I explained my plans to integrate mesh tabs onto the implant instead of

20   using the mesh I currently sew to the distal tip during the procedure. I told him this

21   this would help with placement of the implant and would enable the use of

22   absorbable sutures. When explaining this to him, I specifically used the words

23   "between 11 and 1 o'clock" to describe where I intended to place the imbedded

24   mesh in and around the distal tip – all but the area between 11 and 1 o'clock on the

25   top of the implant. I also told Dr. Cornell that I planned to create a softer version of

26   Penuma using internal pockets or voids of space in the silicone to increase elasticity

27   for certain patients. I told Dr. Cornell that I had plans to use both small pockets and

28   large ones that would run throughout the implant to accomplish added softness. I

also recall discussing with Dr. Cornell my plans to coat future versions of Penuma with an antibiotic or antimicrobial layer to help reduce infection, even though the current rate of infection is very low. I openly responded to Dr. Cornell because I understood our conversation would be protected by the Penuma NDA.

29.     Dr. Cornell did not return to complete his Penuma training. He did not contact me to notify me that he did not plan to complete his training. Because Cornell did not complete his training, IMD did not authorize him to purchase Penuma or market Penuma on his website or through Google advertisements. Nevertheless, I understand Dr. Cornell advertised Penuma without IMD's approval or authorization. Upon learning of Dr. Cornell's unauthorized use of the Penuma name, IMD twice demanded that he cease from doing so, but Dr. Cornell continued to advertise himself online as a Penuma physician.

30.     After the Penuma training session, I understand that at Dr. Cornell's request, Duncan Louie of Gesiva sent Dr. Cornell a copy of the Penuma Instrument and Supply List.  I understand that Dr. Cornell has since sent that list to another individual, without my or IMD's authorization.  Dr. Cornell did not return this list to me prior to commencement of this litigation. It is my understanding that in or about February 2021, Dr. Cornell destroyed all copies of this list pursuant to this Court's order.

### Customer Confusion

31.     In the time since Dr. Cornell's Penuma training visit, my clinical employees have received numerous calls and messages from potential patients who are confused about whether Cornell offers Penuma. In 2018, my clinical employees noticed a pattern of calls from potential patients expressing confusion about whether Cornell offered Penuma. Since 2018, I have instructed my staff to notate each time a patient expressed any confusion regarding Cornell and his offering of the Penuma implant or his competing Augmenta implant.

32.     We have received no fewer than 23 calls and/or online inquiries from actual or potential patients expressing confusion about Augmenta, its connection to Penuma, and whether Dr. Cornell offered Penuma. Attached as **Exhibit H** is a true and correct copy the records kept of potential patients who mentioned Dr. Cornell or Augmenta.

### Penuma Copyright Image

33.     In my role for IMD, I also assisted with hiring contractors tasked with creating original informational videos designed to explain Penuma and the implant procedure. The videos are part of IMD's effort to market and promote Penuma through education and were intended to be shown to potential patients.

34.     In October 2014, IMD contracted for the creation of an original animated video that demonstrated a simplified version of the Penuma implant procedure (hereafter referred to as the "2014 Penuma Video"). The content of the video is unique given that the Penuma implant procedure is novel and distinctive – it is the first use of an FDA-cleared silicone penile implant for subcutaneous implantation in the penis. Therefore, original content had to be developed to demonstrate this process in a simplified manner to potential patients. The 2014 Penuma Video was later uploaded to my YouTube channel by my digital marketing lead at the time. A true and correct copy of the invoice reflecting payment from IMD of $1,650 for the creation of the 2014 Penuma Video is attached as **Exhibit I**.

35.     It is my understanding that defendants Cornell, Hans Mische, and David Nichols used a still image from this video in two patent applications for the Augmenta implant. I did not authorize Cornell, Mische, or Nichols to copy or publish any portion of the 2014 Penuma Video. The still image they copied and published is an animated anatomical image of a penis depicting the placement of a Penuma implant following implantation. This is important because potential patients want to understand where the Penuma will be located, and this image provides that information in an accessible and easy to understand way. Rather than exert the effort

DECLARATION OF JAMES ELIST, M.D., ISO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION

and resources needed to demonstrate where a subcutaneous cosmetic penile implant may be placed, Cornell, Mische, and Nichols stole the image and used it to similarly depict implantation of the Augmenta.

36.     In February 2020, I authorized Jonathan Elist, IMD's CEO, to submit on my behalf an application to the United States Copyright Office for registration of the 2014 Penuma Video.

37.     The Copyright Office issued the copyright certification for the 2014 Penuma Video on April 9, 2020, naming me as the owner of the Copyright. A true and correct copy of the registration certificate is attached as **Exhibit J**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of September 2021, at Beverly Hills, California.

_____
James Elist, M.D.

# Dr. Elist Exhibit A

# Media

Penuma® Penile Implant for penile enlargement procedure has been reviewed by major media and news agencies all around the world. We have collected and listed a few of these articles below.

We're Online!

information about the procedures offered, the external links should not be relied upon for information regarding treatment or any surgical procedure. You should rely solely on information provided directly by Dr. Elist. All possible risks, complications, benefits, and alternatives, including no surgery, should be discussed with Dr. Elist, and all questions should be addressed to him in advance of any procedure.

---



## THIS IS WHAT IT LOOKS LIKE WHEN A GUY GETS A 'PENIS JOB'

I'm standing in the operating room of a plastic surgery center across from the Flynt Publishing Building in Beverly Hills, wincing beneath my protective mask. The lower half of a middle-aged man is splayed upon the table before me, his unimposing three-inch flaccid penis framed

[...]

We're Online!



I think, you know, it's very revolutionary.

NOWTHIS: PENIS IMPLANT

This penis implant can reportedly add up to 2 inches—of length and girth



VICE: THERE'S AN IMPLANT TO MAKE PENISES THICKER

We're Online!



procedure for penile enhancement. We're excited too about this new

technology that is helping men around the world achieve their size goals. Vice:

There's

[...]



## BUZZFEED: I GOT A PERMANENT PENILE IMPLANT

BuzzFeed: I Got A Permanent Penile Implant

We're Online!



## GQ: HUGE NEWS! THE BIONIC PENIS IS HERE

GQ: Huge News! The Bionic penis Is Here An enterprising L.A. surgeon has invented a silicone penis implant, which, because we're sure you have a friend who'll want to know, costs 13 grand and can

[...]



We're Online!



Metro UK: Penis implant gives you an extra 2.5 inches in length and girth If you have a small willy there might be some hope for you. This video shows how your tiny penis could

[...]





## JEZEBEL: MAN LEFT 'SPEECHLESS' AFTER GETTING AN IMPLANT FOR HIS THREE-INCH PENIS

Jezebel: Man Left 'Speechless' After Getting an Implant for His Three-Inch Penis A 35-year-old man from New York is currently loving his new penile implant, which he got after hearing his ex-fiancée complain about his

[...]

We're Online!





## COSMOPOLITAN: THIS GUY SAYS HIS PENIS IMPLANT GOT HIM A WIFE

Cosmopolitan: This Guy Says His Penis Implant Got Him a Wife "It was as large soft as it had previously been hard. It just hung down." The New York Post reports a man named Jason, 35, got a penile

[...]



We're Online!



New York Post: Two inches changed my life It was a double whammy. In May 2014, Jason's fiancée broke up with him after six years of dating — and made it clear that the prime

[...]





## BRO BIBLE: PENIS IMPLANTS ARE NOW A REAL THING AND OF COURSE THEY ONLY COME IN SIZES L, XL AND XXL

Bro Bible: Penis Implants Are Now A Real Thing And Of Course They Only Come In Sizes L, XL and XXL Not that YOU need a penis implant, but hey, you might have a friend

[...]

We're Online!



## HUFFPOST HEALTHY LIVING



## HUFFINGTON POST: INTRODUCING THE PENIS ENLARGEMENT IMPLANT THAT 1,300 MEN HAVE TRIED

Huffington Post: Introducing The Penis Enlargement Implant That 1,300 Men Have Tried A Beverly Hills urologist has invented a silicone penis implant that makes a man's junk larger in girth and width. [Insert witty joke here.]

[...]



We're Online!



☰

Women's Health: Penis Implants Officially Exist—and They're Damn Big It's not a banana in his pocket. Props to Beverly Hills urologist James Elist, M.D., for giving any man with cash to spare the big penis

[...]



## COSMOPOLITAN: PENIS IMPLANTS EXIST NOW, AND THEY START AT A SIZE LARGE

Cosmopolitan: Penis Implants Exist Now, and They Start at a Size Large Because no one wants a small. In one of the biggest (?) medical innovations of our time, a surgeon in Los Angeles

[...]

We're Online!



# ENLARGE YOUR MANHOOD: NEW PENIS IMPLANT ADDS 2 INCHES TO GIRTH, LENGTH

Patients have options of choosing between three implant sizes for the procedure: Large, extra large and double extra large.

  

# UNE NOUVELLE CHIRURGIE PERMET DE PASSER DU PIMENT À L'AUBERGINE POUR SEULEMENT 13 0    We're Online!



dans Google : taille moyenne du pénis. La taille de l'engin reproducteur masculin est sujette à de nombreuses discussions.



## GRANDE NOTÍCIA: CHEGOU A PRÓTESE DE SILICONE PARA PINTINHOS

Um médico em Los Angeles desenvolveu uma cirurgia segura e efetiva para o aumento do tamanho do pênis. A operação dura apenas 45 minutos e conta com pacientes satisfeitíssimos.

We're Online!



## EVERYTHING YOU NEED TO KNOW ABOUT PENIS-ENLARGEMENT SURGERY

Getting surgery might seem like an extreme measure to enhance your sexual performance, but one man swears penis implants have transformed his life for the better.



We're Online!



The popularity of pills for improving libido and performance in the bedroom is very well established. But, believe it or not, according to Beverly Hills surgeon and urologist Dr. James J. Elist, there are millions of men (and women too!) who, instead of needing some help to boost their libido, need some assistance to RESTRAIN it.



## NEW PENILE IMPLANT PROMISES TO MAKE IT BIGGER AND BETTER

Dear men, here's some good news for you. One of your most cherished dreams now might come true with scientists developing a new silicone penis implant to give that extra boost below the belt.

We're Online!



## AREA MAN "SPEECHLESS" AFTER GETTING A PENILE IMPLANT FOR HIS KINDA SMALL PENIS

A 35-year old man from New York City is currently living his best goddamn life after getting a penile implant because his fianceé of six years broke up with him because his penis was too small.



We're Online!



## TO GIRTH AND LENGTH – AND LASTS FOR LIFE

Dr James Elist, a urologist in Beverly Hills, has developed a breakthrough penile implant (pictured) – made of soft silicone – that increases the length and girth of a man's member by approximately two inches.



## PENIS IMPLANTS ARE A THING NOW & 'LARGE' IS THE SMALLEST SIZE

Introducing a revolution that panders to men who are insecure about making it "big"; a surgeon in Los Angeles has devised a penis implant to succour insecure men and those who want a few inches more.

We're Online!





## SI TE SIENTES PEQUEÑO... DR. ELIST TE PUEDE AYUDAR

Dr. Elist se especializa en la disfunción sexual masculina, los procedimientos masculinos del mejoramiento (incluyendo alargamiento del pene) y la urología general con las últimas y más modernas técnicas quirúrgicas.



## PENUMA

We're Online!

enlargement for guys with small dongs.



## PENISES CAN BE A MYSTERY TO MANY PEOPLE, ESPECIALLY IF YOU ONLY GLIMPSE THEM AT CRUCIAL INTIMATE MOMENTS.

Many myths and old wives tales exist about both gender's privates, and it can be hard to separate fact from fiction.

We're Online!

9/9/21, 1:12 PM    Case 2:20-cv-03503-CBM-RAO   Document 254-6   Filed 09/14/21   Page 32 of 93   Page ID
Penile Cannot Implants 2014 - Penile Enlargement 4712 die Press@t News
#:7888





# PENIS IMPLANTS FOR MEN ARE NOW AVAILABLE, BUT WHAT DOES IT SAY ABOUT BODY IMAGE & THE WAY OUR CULTURE JUDGES PENIS SIZE?

Our culture is rather fixated on women and cosmetic surgery: Whether they've had it, whether they haven't had it, whether other people think they should have it, why they might or might not have it — but we're not alone.

[...]

We're Online!



## SEEING PENIS ENLARGEMENT IN PERSON

Thanks to Dr. Elist for this medical marvel.



## WHAT IS "SUMMER PENIS"? DOCTORS EXPLAIN EVERYTHING YOU NEED TO KNOW, & W

We're Online!

What Is "Summer Penis"? Doctors Explain EvAh, sex. One of the most universal experiences in the world, it's also one of the most complicated. And as things in the bedroom seem to be constantly evolving, it's no surprise that there are new sex trends almost every day...



## HOW TO MAKE YOUR PENIS BIGGER IN 45 MINUTES? PENIS IMPLANTS ARE NOW AVAILABLE FOR MEN WHICH CAN MAKE A 'HUGE' DIFFERENCE

Men, can you imagine waking up with a bigger penis after 45 minutes? It may sound unreal but it's a true story. Men who are dissatisfied with their penis size can now have bigger willies in just 45 minutes....

We're Online!





## CIRUGÍA DE AUMENTO DE PENE CADA DÍA MÁS POPULAR EN EEUU | AL ROJO VIVO | TELEMUNDO

Unos cuatro mil pacientes en EEUU se han realizado un implante de pene que incluye un injerto de silicona flexible para aumentar las pulgadas de ese órgano

We're Online!



# CONSULTATION TODAY

## +1 (310) 652-2600









We're Online!

ABOUT

PENILE PROCEDURES

TESTICULAR PROCEDURES

GALLERY

TESTIMONIALS

PATIENT EDUCATION

MEDIA

COST & FINANCING

CONTACT

MEDIUM



Tel    +1 (310) 652-2600

8500 Wilshire Blvd., Suite 707 Beverly Hills, CA

The photos above (except for any before/after and testimonial photos) feature models, not real patients. The before/after photos and testimonial videos all show real patients. Please note that results may vary. There are no guaranteed outcomes.

      in      Medium

  4.6 STARS

Facebook Instagram Twitter Youtube LinkedIn Medium

James J. Elist, MD. © Copyright 1982 – 2020

Privacy Policy

Managed by Titanium Marketing

We're Online!

# Dr. Elist Exhibit B



**Culture**

# Huge News!
# The Bionic Dick Is Here

An enterprising L.A. surgeon has invented a silicone penis implant, which, because we're sure you have a friend who'll want to know, costs 13 grand and can nearly double your size. Amy Wallace grills the good doctor on how it works—and asks a few of his very satisfied customers (and their mostly satisfied wives) how it's working

BY **AMY WALLACE**
PHOTOGRAPHY BY **ANDREW B. MYERS**

January 26, 2016

The world's most girth-tastic penis implant is available in three sizes: L, XL, and XXL. "Nobody wants a small," says James Elist, M.D., the Beverly Hills urologist who calls his invention the Penuma. "So we don't have a small, we don't have a medium. We start from large."

AUGM00024333

*Nobody wants a small.* If there's one global, irrefutable truth, it's that all men dream of being enormous—even the ones who are already big. Among the many patients I interviewed for this story were several well-hung gentlemen who'd nonetheless paid Elist $13,000 to slice them open and enhance their penises with a sheath of silicone. Consider the 39-year-old accountant from outside L.A. who had trouble explaining precisely what led him to get his Penuma in 2014. His wife had no complaints. ("He was very well-off," she told me; his pre-surgery erections were eight inches long.) When I pushed him, repeatedly, about his motivation, he finally stammered, "I don't know. I think I just wanted it bigger."

Another guy, a 43-year-old mechanic from Arizona, told me he got an XL Penuma inserted two years ago because "I realized, well, nothing about me is average or normal, and I didn't want my sexuality to be average or normal anymore." After the surgery, he said, his boners increased from six and a half inches to eight and a half inches, and the Penuma "gave me this crazy amount of stamina. Like, I can go for two hours. And I have more control over my orgasms. I mean, I can be going like a Mack truck and still hold back."

And then there's the 43-year-old plumber from Northern California whose six-inches-plus, his wife says, "had never been an issue for me." And yet her husband was convinced that he wasn't satisfying her: "I didn't feel like I was doing my job like I was supposed to." This feeling of inadequacy led to bouts of erectile dysfunction that tormented him until he was fitted last July with an XL Penuma. Now the plumber and his wife get busy four or five times a week.

"He's been a sexual maniac," the wife told me. "He has erections all day long every day now. We haven't had this much sex since when we first got together." And that was 20 years ago. Getting the Penuma, the plumber said, "basically saved our marriage. I wish I had done it sooner."

---

The average erect penis is about five inches long and four and a half inches in circumference, according to a 1996 *Journal of Urology* study. (Feel better?) Yet by one estimate, nearly half of all men think their packages are smaller than average. Blame porn if you want, or our cultural predisposition to always think bigger is better, or some hardwired Darwinian impulse. Whatever the cause, it's hardly news that men obsess about the relative size of their members and what that size says about them, physically but also socially. Beyond its sexual function, the penis plays an undeniable, if subtle, role in establishing pecking order, whether at the urinal or in a locker room. Size matters, and not just in bed.

But until Elist—an affable Iranian-born father of three with a mischievous, slightly goofy laugh—got FDA clearance for his implant in 2004, the only procedures available for growing a man's manhood were temporary, or potentially damaging, or disgusting, or all three. To this day, some surgeons cut the suspensory ligament in the groin so the penis will hang lower, potentially giving the appearance of greater length (but sometimes making stand-at-attention erections tricky). Other doctors inject collagen gel, or your own fat, or insert cadaver cells into the penis, leading to temporary gains (but sometimes to misshapen, lumpy results).



## Miguel's Sex Tips for Better, Hotter, Longer, Kinkier Lovemaking

BY GQ

In Tijuana, there's a doctor who will inject a Brazilian product called Metacrill, which is not approved for use in the U.S. (one doctor I talked to compared it to liquid plexiglass), and there's a surgeon in Cairo who's developed a procedure to rotate a flap of groin fat into the penis to make it larger. Still, even as breast implants have become a $300-million-a-year business in the U.S., men have largely been left to make the best of what God gave them. In a world that has always devoted greater resources to diseases affecting more men than women, elective cosmetic surgery has long been an industry focused on females.



MEMORIAL DAY SALE
1 YEAR FOR $15 $10
And we'll throw in the GQ dad hat
SUBSCRIBE NOW

That's begun to change. Especially over the past five years, procedures such as calf and cheekbone implants have increased as men shake off the stigma and embrace the prime drivers of such surgeries in women: vanity and self-affirmation. Without exception, the Penuma patients I interviewed said that their lives had improved since getting the implant. And it wasn't just about sex. To have continued to settle for the status quo, they said, would have been to deny their potential in *every* area of life.

By this point you may be wondering: How have I not heard about this? The answer: Elist is currently the only doctor authorized by the FDA to insert the Penuma, and he has all the patients he can handle without doing any marketing other than a basic website. A 66-year-old surgeon with 13 patents to his name, Elist has inserted about 1,300 of his implants in men from all over America and from other countries around the world. The procedure has a 95 percent success rate, according to a five-year clinical study Elist commissioned and presented at an industry conference. That study is part of an ambitious expansion effort spearheaded by his son, a Harvard man who took a leave from his job at a top consulting firm to help his dad make Penuma huge. Elist is petitioning the FDA for clearance that would enable him to begin selling the devices to other doctors and teaching them how to perform the procedure. But until that happens, he's the only game in town.

Elist's urological career began in 1976, when he came to the U.S. as a medical resident from Tehran. Back in the '80s, he was the lead author on the first scientific paper that linked cigarette smoking to impotence. Today, in addition to his Penuma surgeries, he is one of L.A.'s go-to guys for prepping adult ritual circumcisions. (Men who want a bris must be conscious to receive the mohel's blessings, and Elist has a reputation for his skill at administering local anesthetic.) He is also an infertility expert. In his office on Wilshire Boulevard, he has a bulletin board labeled mission accomplished that is covered with photos of babies born with his help. Still, it was the nagging sense that he'd failed to accomplish another mission that led Elist to invent the Penuma.

Since 1980, the doctor had been inserting inflatable penis prostheses (5,000 of them to date) into impotent men, including *Hustler* publisher Larry Flynt. The devices, which were invented by a Texas surgeon in the early '70s, re-invigorated these men's sex lives, and they were grateful—at least at first. But as time went by, many of Elist's patients came back with a not-small complaint: It seemed their penises were shrinking. It turned out they were right. Because the prosthetic is inserted into the spongy tissue in the core of the penis, as the body encapsulates the foreign object, the tissue constricts. (The opposite happens with the Penuma, because it is inserted under the skin and moves freely, preventing encapsulation. Men report that they actually gain length over time with the Penuma, thanks to the pull of gravity.)

The bottom line: Elist felt that as he solved one problem, he had unintentionally created another. And he wanted to fix that. He knew that silicone was the obvious material to use, because it had been proven safe (and was FDA-approved) for breast implants and because it does not affix to tissue (thus allowing removal, if necessary, with minimal complications). Design-wise, he did not want to encircle the penis completely, because it needed to be able to expand;

AUGM00024336

he envisioned an implant that would envelop about 80 percent of the organ, leaving a gap along the length of the underside.

The more he got into the logistics, the more Elist realized that the potential market for such an implant was far larger than the number of men who'd experienced shrinkage from inflatable prostheses. Elist's "dream," he told me, was to enhance the quality of life of men and their partners—like one gay couple he told me about, both of whom got the procedure done in the hopes of bettering their relationship. For the doctor, this wasn't just about maximizing patients' manhood, he said earnestly. This was about making the world a genuinely more joyful place. His original name for the implant? The Hap-penis.

---

The penis—we'll call him Slim—was lying on his side, asleep, when Dr. Elist began to wash and irrigate him. Underneath Slim, keeping him warm, was an unconscious 52-year-old man, face up, his arms outstretched and his naked body draped in blue tenting but for an opening at the crotch. The man, a pipe fitter (!) from the Pacific Northwest, had traveled 1,100 miles to be here.

His problem? "His wife can't feel him," Elist said flatly. "When he is erect, he is very thin—like a pencil." The doctor squirted some Betadine into Slim's urethra to flush out any malingering bacteria. "His main goal: girth."



**Five Things You Learn on the Set of a Feminist, Instructional Porno**

BY **PHOENIX TSO**

Elist then ticked off Slim's stats: about four and a quarter inches long when flaccid, which made him just about average. Slim's circumference, however, was four inches flaccid—also about average—but that didn't change much when he got hard. This was apparently a problem for the man's wife.

AUGM00024337

I watched with fascination as Elist tugged gently at some excess skin that made Slim appear to be wearing a wet suit two sizes too big. But all that roominess was a good thing today, Elist declared, because it made Slim an ideal candidate for the implant. A nurse ripped open a sterile pouch and plopped the Penuma—imagine a translucent, hollowed-out hot-dog bun—into a dish of hydrogen peroxide. Then the doctor drew a line across the patient's lower abdomen and made a single incision, about two inches long, cauterizing as he went. "We are washing with holy water," he joked as he flooded the opening with antibiotic fluid, adding impishly: "There is a lot of prayer here."

Slim's owner certainly would have prayed if he'd been conscious. Because Elist then reached in and pulled the body of his circumcised penis—circumcision is a prerequisite—out of its skin. You know the way a condom turns inside out when you peel it off after sex? The skin of your penis, which is attached only at the glans, can be rolled off just like that. (Party trick!) Once Elist had the inner penis exposed, he wrapped the implant around it, added a layer of surgical mesh, and used a fishhook-shaped needle to attach it, right under the head of the penis. Then he rolled the skin back on, making sure the implant was positioned correctly, rinsed everything with antibiotic fluid, and closed up the incision. The whole thing took 45 minutes.

The effects of the procedure are immediate. The still-groggy (and flaccid) Slim, for example, was six inches long after surgery and five and a half inches around: an increase of one and a half inches in girth. Patience is required during the healing process—no sex for at least four months—but once healed, the enhancement is essentially permanent (and basically undetectable). The patients I talked to said they weren't inclined to tell their new sexual partners about the surgery. The Penuma had become part of them, they said, both physically and mentally.

Of course, as with any surgery, there can be complications. While Elist's infection rate (3.3 percent) is far below the average for other implants, infections happen, and when they do, they're a drag. Other potential (though rare) negative outcomes, according to that clinical report Elist and his son commissioned: detachment of sutures (experienced by two out of 400 patients surveyed), implant breakage (one out of 400), and implant perforation of the skin (four out of 400). Elist acknowledges that because his procedure is so new, he has needed to refine it over time. But in each problematic case—many that resulted from men not being able to wait to try out the merchandise—he has fixed what went wrong for free.

Every once in a while, the doctor is asked to *remove* an implant. One patient fell in love with a small woman who didn't enjoy his mammoth proportions. And then there are cases when the wife doesn't want the damn Penuma in the first place—but her husband goes ahead with it anyway. The spouse of that L.A. accountant I mentioned earlier told me that from the start, she was a little queasy about the whole thing. First of all, she was "bummed" that her husband had to get circumcised first, which meant she had to change her nickname for his penis: Kenny, after the hoodie-wearing character on *South Park*. Moreover, she didn't think eight-inch Kenny needed enhancing. The prospect of her husband getting larger was intimidating, she said. In the wake of the surgery, the couple have had to learn how to make love all over again.

"It is definitely a lot thicker," she said, not altogether admiringly. "I do have to say that it has been a little bit more painful. There may be times when I say, 'You know what? Don't touch me with that thing!' " Lube is essential in a way it never was before, and fellatio has proved challenging, as the size of her mouth hasn't changed. (She has, however, come up with a new nickname: "Mr. Grey, because he likes to punish me.")

And yet she understands the desire for self-improvement, having gotten plastic surgery herself—a breast reduction and lift—after having her third child. "He didn't have any complaints, either, but he supported me when I did mine," she

AUGM00024338

said. "And I do see he has more confidence."

Ah, yes. The confidence factor. This came up with every man I spoke to. (According to Elist's clinical report, 72 percent of patients reported a significant uptick in general self-confidence.) One guy, while thrilled with the physical effects—he says he doubled his girth and now calls his penis Schlongo—seemed even happier about this side benefit. His post-op swagger is attracting hotter women, he says, and he claims he's even noticed men paying him more deference. "Now I show when I wear my blue jeans, and I catch women *and* men looking. Their attitude is like, 'Oh, this guy is an alpha male.' As shallow as it sounds, first impressions are what we go off of."

**The Bionic Manhood**

*The question isn't so much: Is the age of the supersized penis upon us? The question is: In the age of supersized everything, how the hell did this take so long?*

**It comes in three sizes...**

Dr. Elist's Penuma is a silicone implant that encircles about 80 percent of the shaft, leaving an opening to allow for expansion. The implant adds length, but even more girth.

**...and takes less than an hour**

After getting stitched up following the 45-minute procedure, patients can get up and walk out of the office. But no sex for four to six weeks. The Penuma needs time to settle in.

Were strangers *really* sizing up Schlongo's owner based on the bulge in his pants? On the other hand, does it matter? The guy thought they were, and felt more confident as a result. I heard a similar tale from a 39-year-old Marine Corps officer, a veteran of combat missions in Iraq and Afghanistan, who told me he was a grower, not a shower. While his

AUGM00024339

penis—we call it Jarhead—was a sizable eight inches when erect, it retracted significantly when flaccid. That, the officer told me, was a big part of the reason he'd brought Jarhead to see Elist: He wanted the men under his command to respect him more in the field.

"Due to my career, there are way too many instances where guys are naked—changing [clothes] or whatever—and I have always hidden it just out of embarrassment of how much it shrinks," the officer said. "You know, you beat your chest. But then the Marines around me see me naked, and they're like, 'Oh yeah? Really?' "



### The Rise and Fall of the Cincinnati Boner King

**BY AMY WALLACE**

It was only later in our conversation that the officer conceded there was another reason he needed an upgrade. Despite his length, his width left his wife so wanting that, in a moment of anger, he said, she described Jarhead as feeling "like a hot dog in a hallway" during sex. Ouch. Emotionally speaking, that insult sounded more devastating than any slights he imagined at work. But to hear this guy tell it, the affirmation he wanted from his fellow soldiers was as important as the satisfaction of his wife—and maybe more.

Still, does bigger always make you "better"? Except in extreme cases (and we'll get to one of those in a second), I was skeptical. Some of the problems that Elist's patients hoped the implant would help eliminate—fear of a spouse cheating, fear of being disappointing in the sack, fear of rejection—seemed better addressed in marriage counseling than in an operating room. To me, the Marine's wife just sounded mean—I told him so, probably inappropriately—and might well find plenty more things to criticize him for, in and out of bed, no matter how radically he enhanced himself.

I thought of another patient I'd talked to—a 53-year-old project manager for the government—who was getting the implant as a Christmas present to his second wife. He knew she'd be comfortable with the idea of augmentation, he told me, because she'd gotten a boob job. He said he knew she'd appreciate any extra girth, meanwhile, because several months earlier he'd paid a well-endowed escort $600 to have sex with her and had stayed to watch, just to see how she'd react to a professional stud. The result: "She absolutely loved it."

Uh, okay. "I've got to tell you," this man said, "I want that—with me." It seemed never to have occurred to him that other factors—the naughtiness of the encounter, general kinkiness, maybe even the fact that the penis inside her was attached to someone else—might've contributed to her ecstasy. No, as far as he was concerned, size was *all* that mattered. He'd paid a $2,500 deposit to secure a place on Elist's calendar, scheduling his Penuma surgery for just after the first of the year.

In cases like those last two, where emotional insecurity is at the root of the problem, is there *any* amount of silicone that's likely to fix it? I suspect not. It's like that one friend—we've all had them—who's miserable in Boston, say, but convinces himself that relocating to Seattle will solve everything…only to discover that his problems moved cross-country, too. Several of my conversations with Penuma patients reminded me of that idea: "Wherever you go, there you are."

Elist agrees that the penis can become a scapegoat for almost anything that's going wrong. "Some of these people, they have been convinced that any failure in their relationships, in their business, with their partner, in their bed, is related to their penis," the doctor said, shaking his head. "If they don't make money, they think, 'Oh, it's because of my penis.' Sometimes it will become obsessive."

But for a certain subset of men, that obsession is understandable. Take the 20-year-old college student whose penis I'll call Junior. Of all the men I talked to, none made a better or more convincing case for the Penuma. At three and a half inches or so erect, Junior was just a wee bit bigger than the 2.8-inch cutoff for what's known as Micropenis Syndrome, which, yes, is a real thing. The young man had begun to suspect something was wrong in middle school, and by the time he entered high school, the tininess of his unit was making life miserable.

"The first time I did anything sexual, like in tenth grade, I remember seeing her face, like, 'Oh, very little,' " he told me, shuddering at the memory. "I didn't enjoy anything after that. Mentally, it destroyed me." He wouldn't change clothes in public, wouldn't go to the beach, and—after one more failed interaction with a girl—wouldn't pursue any type of romantic involvement for fear of being humiliated again.



**Sex Advice from the Sexier Sex**

Even after he enrolled in community college, he avoided most social situations, making up excuses to hide his shame. Imagining how much less fraught—and more normal—life would be without his shortcomings made him "very depressed." Then he got accepted at a UC school—an accomplishment that was overshadowed, he said, by the realization that because he could no longer live at home, his risk of being discovered was about to go way up. He tearfully confided in his father, who'd always reassured him that size didn't matter, but who now grasped for the first time what his son was up against. Soon, father and son were in Elist's office, determined to get help.

AUGM00024341

When I talked to this young man about four months after his penuma was implanted, he sounded utterly transformed. His erect penis was now an inch longer than before (the doctor expects that gain to more than double over time), and he found himself moving through life more at ease, relieved of a paralyzing burden. He was pledging a fraternity, he said—precisely the kind of macho situation he'd never have put himself in before. "I wouldn't have even thought about that. No way," he told me, adding, "Now I'm focused. All problems have diminished. Dr. Elist has changed that for me. Like, I'm happy now."

I asked if he'd had the opportunity to have sex yet. He said yes, once. He remembered his anxiety as he and the young woman got undressed. "I was just watching her face, just making sure," he told me, recalling how he felt as he revealed himself to her. The change wasn't much—only an inch. "But she saw it and was just like, 'A regular private area.' So I was like, 'Oh, this is nice.'" To a patient like Junior, "regular" could not have been bigger.

---

*Amy Wallace is a GQ correspondent.*

This video is currently unavailable.

**RELATED STORIES FOR GQ   SEX**

---



**MEMORIAL DAY SALE**

**1 YEAR FOR ~~$15~~ $10**

**And we'll throw in the GQ dad hat**



AUGM00024342

SUBSCRIBE NOW

AUGM00024343

# Dr. Elist Exhibit C

THE JOURNAL OF
# SEXUAL MEDICINE

BRIEF COMMUNICATION

## A Single-Surgeon Retrospective and Preliminary Evaluation of the Safety and Effectiveness of the Penuma Silicone Sleeve Implant for Elective Cosmetic Correction of the Flaccid Penis



James J. Elist, MD, FACS,[1] Robert Valenzuela, MD,[2] Joel Hillelsohn, MD,[2] Tom Feng, MD,[1] and Alireza Hosseini, MD[3]

### ABSTRACT

**Background:** Silicone blocks and sleeves are simple devices used in cosmetic surgery. They are generally viewed as safe and effective; however, there is little information on their use in the penis.

**Aim:** This study evaluates a large single-surgeon series using a novel silicone sleeve penile implant (Penuma) to cosmetically correct the flaccid penis.

**Methods:** 526 patients underwent elective cosmetic penile surgery using a silicone sleeve penile implant between 2009 and 2014. Institutional Review Board approval was obtained for a retrospective analysis, and study consent was obtained from 400 patients. Penile circumference was measured before surgery, immediately after surgery, and 30–90 days after the implant surgery. Using the nonvalidated Augmentation Phalloplasty Patient Selection and Satisfaction Inventory (APPSSI), changes in self-confidence, self-esteem, and satisfaction scores were assayed 6–8 weeks postoperatively. Scores were again assayed 2–6 years postoperatively in 77% of patients. The questionnaires rated patient self-confidence, self-esteem, and satisfaction as very low, low, medium, high, or very high.

**Main Outcome Measure:** Outcomes include changes in penile measurements; changes in APPSSI satisfaction, self-confidence, and self-esteem scores; and incidences of adverse events.

**Results:** In the 400 patients, the implantation of the Penuma silicone implant increased midshaft circumference from an average of $8.5 \pm 1.2$ cm to $13.4 \pm 1.9$ cm (56.7% increase; $P < .001$). A 2-category improvement in self-confidence and self-esteem was noted in 83% of patients 6–8 weeks postoperatively. On long-term follow-up (2–6 years; mean 4 years), 72% patients remained improved (2-category improvement in APPSSI scoring), and 81% of subjects reported "high" or "very high" levels of satisfaction. The most frequently reported postoperative complications were seroma (4.8%), scar formation (4.5%), and infection (3.3%). No patients reported any changes in sexual function, erections, or ejaculation. 3% experienced adverse events necessitating device removal.

**Clinical Implications:** The Penuma silicone implant can help patients cosmetically correct the penis with increased flaccid penile girth and achieve enhanced self-confidence and self-esteem over the short- and long term.

**Strengths and Limitations:** Strengths include the large number of subjects (400 men) and the long-term follow-up period (2–6 years). Limitations include the retrospective and single-surgeon (inventor) nature of the study; the presence of 126 non-consenting subjects, potentially impacting the complication rate; and the APPSSI's lack of validation.

**Conclusion:** Retrospective analysis of 400 men electing to have penile cosmetic correction with the Penuma device demonstrates improvements in girth (56.7% increase) and high and sustained patient satisfaction, self-confidence, and self-esteem with minimal and manageable adverse events. **Elist JJ, Valenzuela R, Hillelsohn J, et al. A Single-Surgeon, Retrospective, and Preliminary Evaluation of the Safety and Effectiveness of the Penuma Silicone Sleeve Implant for Elective Cosmetic Correction of the Flaccid Penis. J Sex Med 2018;15:1216–1223.**

Copyright © 2018, International Society for Sexual Medicine. Published by Elsevier Inc. All rights reserved.

**Key Words:** Implant; Penile Girth; Phalloplasty; Siilicone; Cosmetic; Penuma; Flaccid Penis; Erect Penis; Penile Size; Self-Confidence

Received March 30, 2018. Accepted July 8, 2018.

[1]Department of Urology, Cedars-Sinai Medical Center, Los Angeles, CA, USA;

[2]Department of Urology, Icahn School of Medicine at Mount Sinai, New York, NY, USA;

[3]Department of Urology, MEC, Beverly Hills, CA, USA

Copyright © 2018, International Society for Sexual Medicine. Published by Elsevier Inc. All rights reserved.
https://doi.org/10.1016/j.jsxm.2018.07.006

IMD-000351

Evaluation of Penuma Silicone Implant for Elective Penile Cosmetic Correction

## INTRODUCTION

Most urologists and other medical professionals have often faced questions from men asking about methods to improve the size and overall appearance of their penis. Until now, surgical penile cosmetic correction was generally reserved for men who had a penis that was buried in the suprapubic pannus or one obviously quite small. Methods for these patients have focused on improving the appearance of the flaccid penis by bringing more of the penis outside the body plane. Techniques have included cutting the suspensory ligament and the implantation of autologous fat or artificial grafts. Outcomes are often poorly documented, and reported complications may be unacceptably high.[1–3]

To improve these outcomes, a new soft silicone sleeve was developed for the cosmetic correction of the penis in patients presenting with a perception of small penis, a buried penis from prepubic recession, micropenis, and other related diagnoses.[4,5] The objective of this study was to assess the safety and efficacy of penile cosmetic correction surgery using this new implant.

## METHODS

### Patients

A total of 526 patients underwent implantation of the Penuma implant between January 1, 2009, and January 30, 2014. All patients were contacted to participate in this study by mail or via an Institutional Review Board (IRB)-approved telephone script and received an IRB-approved consent form to allow access to their medical records for this retrospective analysis. 400 patients (76%) consented to participate. The remaining 126 patients did not return the forms and were excluded from the study.

The 400 patients included in the study were ages 22–68 years, with a mean age of 35 years. Overall, 236 participants (59%) consumed alcohol regularly, 56 participants (14%) were currently smokers, 36 (9%) reported excessive alcohol use, 28 (7%) reported regular use of cannabis, and 7 (1.8%) reported being former smokers. Any current smokers were required to cease all tobacco use for 1 month prior to surgery and for 3 months after the surgery. With regard to comorbidities, the patients were quite healthy (Table 1). 15% had undergone previous penile cosmetic procedures such as (i) injections of autologous fat, (ii) implantation of AlloDerm (LifeCell, Branchburg Township, NJ, USA) or dermis grafts, and (iii) transection of the suspensory ligament. All participants had been circumcised at least 2 months before implantation of the Penuma penile implant (Table 1).

### Ethical Conduct of the Study

This study was conducted with the oversight of Quorum Review IRB (Seattle, WA, USA), an independent IRB. The retrospective evaluation protocol was IRB approved March 31, 2015, and closed June 12, 2015.[6]

**Table 1.** Medical and surgical history

|  | N | Percentage |
|---|---|---|
| Chronic disease | | |
| Hypertension/heart disease | 10 | 2.8 |
| HIV | 5 | 1.3 |
| Diabetes | 4 | 1.0 |
| Penile surgical history | | |
| Circumcision | 400 | 100 |
| Injection of autologous fat* | 11 | 2.3 |
| Implantation of AlloDerm or dermis grafts* | 22 | 5.5 |
| Transection of the suspensory ligament only | 27 | 6.8 |

*All patients with the injection of autologous fat or the implantation of AlloDerm or dermis grafts also had a transection of the suspensory ligament.

### Implant Specifications

This report introduces the use of a subdermally inserted penile implant made of a medical-grade silicone material and designed specifically for penile cosmetic correction.[4–6] This implant is registered with the U.S. Food and Drug Administration (FDA) and has received premarket notification for its use in the cosmetic correction of soft tissue deformities, and to be contoured at the surgeon's discretion to create a custom implant to aid in the reconstruction process,[7] and an FDA-registered manufacturer produces the Penuma implant (Figure 1) for International Medical Devices (Beverly Hills, CA, USA). Wall thickness varies longitudinally from 1.5–2.5 cm proximally to 2–3 mm at the distal circumference. The implant is available in 3 sizes of 14, 16, and 18 cm in length, and implant weight before eventual cropping is 42, 50, and 60 g, respectively.

For stability, 2 Dacron (DuPont, Wilmington, DE, USA) mesh layers are inserted during manufacture of the device to prevent cracks and to facilitate trimming and suturing. A double layer of soft polypropylene mesh (Parietex; Covidien, Dublin, Ireland) is folded over the distal end to encourage tissue ingrowth, thereby diminishing the possibility of perforation or erosion in the area of the corona of the glans.



**Figure 1.** Penuma silicone implant. Figure 1 is available online in color at www.jsm.jsexmed.org.

IMD-000352

## Patient Selection Criteria

1. Circumcised penis (the patient must have been circumcised at least 2 months before the procedure).
2. No prior subcutaneous/subdermal penile insertion procedures, such as dermal grafting, AlloDerm, and polymethylmethacrylate injections. These prior subdermal inclusions reduce the likelihood of a satisfactory outcome. Patients with prior fat injection may be candidates for the procedure if the fat is surgically removed and the resultant skin thickness after fat injection removal is thought adequate by the surgeon.
3. No active infection in the body.
4. No clinically persistent or recurrent cancer.
5. No exhibition of psychological instability that may affect outcome, which can be screened using validated dysmorphia surveys.[8]
6. Sufficient tissue to adequately cover the implant.
7. No systemic disorders that could lead to poor wound healing or soft tissue deterioration over the implant.
8. Willingness by the patient to comply with all postoperative instructions.
9. Non-smoker within 30 days of the elective procedure.
10. Not currently on blood thinners.

## Operative Technique

Under general anesthesia, a 6-cm transverse incision is made 2—3 cm above the pubic symphysis. After dissection of the subcutaneous tissues to Buck's fascia overlying the tunica albuginea of the penis, the tissue around the suspensory ligament is released to prevent the implant from sliding back beneath the symphysis. The suspensory ligament is preserved during this surgery. Blunt and sharp dissection distally in the loose plane between the superficial Dartos fascia and Buck's fascia allows the shaft to be degloved and the corona of the glans to be reached subdermally by intussuscepting the penis. After the penis is degloved, it is necessary to carefully define the coronal sulcus by sharp dissection. This allows the surgeon to nestle the distal border of the implant adjacent to the junction of tunica and glans (Figure 2).

The distal end of the implant is covered with a double layer of the polypropylene mesh. The mesh-covered distal end of the implant is sutured to the distal tunica with 6—8 sutures of non-absorbable 2-0 and 3-0 Ethibond (Ethicon, Somerville, NJ, USA). The degloved penile skin is returned to normal over the implant and then the thick proximal end is trimmed and rounded to the maximum length that the corpora will allow. The implant's proximal abutment is the intact suspensory ligament underneath the pubic bone. The implant's proximal end is fitted snugly between corona and suspensory ligament to limit its mobility to either side but allow easy up-and-down movement of the penis. Throughout the procedure, lavage of the wound with an antibiotic solution is performed. A 19 French, closed-suction drain is inserted, and the wound is closed in 2 layers. Vertical suturing of the subcutaneous tissue helps maintain the



**Figure 2.** The distal sharp edge of the implant is covered with a soft polypropylene mesh. Mesh and implant are fixed with non-absorbable braided 3-0 sutures to the tunica albuginea beneath the corona. Figure 2 is available online in color at www.jsm.jsexmed.org.

positioning of the proximal end of the implant. The drain is removed when the daily drain volume is less than 20 mL.

The patient is strongly advised that sexual activity, including masturbation, should be avoided for at least 4—6 weeks postoperatively or until clearance is given by the physician.

## Main Outcome Measure

Penile size was measured repetitively. Flaccid penile circumference was measured preoperatively 1—7 days prior to surgery. Postoperative measurements were taken 30—90 days after the implant surgery; the mean number of days after surgery was 64.4. Patient self-confidence, self-esteem, and satisfaction with the device were assessed using the non-validated Augmentation Phalloplasty Patient Selection and Satisfaction Inventory (APPSSI) questionnaire before surgery and at 6—8 weeks postoperatively. The same test was also used for long-term follow-up, ranging from 2.1—6.3 years after implantation; the mean number of years after implantation is 4 years.

Adverse events including infections and device removal were recorded. Any self-reported changes in ejaculation or a patient's ability to achieve and maintain an erection were also noted.

## Statistical Analysis

Changes in anatomic measurements were assessed using a paired $t$-test. Changes in self-esteem and confidence before and after surgery and over long-term follow-up were assessed using both the paired $t$-test and a Bowker test. In addition, counts and percentages of participants showed the frequency and magnitude of any changes in patient-reported scores (eg, 1-point increase in self-confidence 6—8 weeks postoperatively, 2-point increase in self-esteem 6—8 weeks postoperatively). All tests were performed at a 5% level of significance.

## RESULTS

### Penile Measurements

The Penuma silicone implant increased midshaft girth 56.7% from a preoperative average of 8.5 ± 1.2 cm to a postoperative

Evaluation of Penuma Silicone Implant for Elective Penile Cosmetic Correction

1219

**Table 2.** Flaccid penile circumference (n = 400)

| Statistic | Preoperatively | 6–8 weeks postoperatively | Change (post-/preoperatively) |
|---|---|---|---|
| Mean (cm) | 8.5 | 13.4 | 4.8 |
| SD (cm) | 1.24 | 1.87 | 0.71 |
| Median (cm) | 8.5 | 13.3 | 5.0 |
| Min (cm) | 5 | 8 | 4 |
| Max (cm) | 12 | 18 | 7 |
| P value* | | | <.001 |

*Student t test comparing within group change.

average of $13.4 \pm 1.9$ cm ($P < .001$) (Table 2). The size of the glans was unchanged. As has been reported in other studies, measuring the exact length of a flaccid penis proved to be challenging. Flaccid length was found to be dependent on time of day, environment, and time period following surgery. To minimize the possible technical challenges that could adversely affect flaccid measurement, a single researcher was used to take the measurements and followed a strict routine of taking measurements immediately after the patient disrobed for evaluation. The average flaccid length was $9.1 \pm 0.7$ cm preoperatively and $11.3 \pm 0.4$ cm ($P < .01$) 3 months after Penuma device implantation.

### Patient Self-Confidence, Self-Esteem, and Satisfaction

Self-confidence (defined as very low, low, medium, high, or very high) was measured preoperatively, at 6–8 weeks postoperatively, and long-term, all using the APPSSI survey. Preoperatively, fewer than 2% reported high or very high levels of self-confidence. Postoperatively, at 6–8 weeks, 91.5% reported high or very high levels of self-confidence. On the long-term follow-up questionnaire, which was completed an average of 4 years after implantation, 83.5% of subjects reported high or very high levels of self-confidence. Overall, a 2-category improvement in self-confidence was noted in 83% of patients at 6–8 weeks postoperatively and in 72% of patients at long-term follow-up. Self-esteem was measured in similar fashion, and short- and long-term results are similar (2-category

improvements in 83% of patients at 6–8 weeks postoperatively and in 72% of patients at long-term follow-up). Satisfaction with the surgical outcome was also assessed via the APPSSI and yielded similar results: 81% of subjects reported high or very high levels of satisfaction on the long-term follow-up questionnaire.

### Primary Outcome: Adverse Events

1 objective of this investigation was to explore patient safety following implantation. The most common adverse event reported was the development of seroma. 19 subjects (4.8%) reported a seroma persisting 4–8 weeks postoperatively. 12 (3%) were treated with compressive pressure only and recovered completely in 2–4 weeks. 7 (2%) required aspiration of the seroma in addition to the compressive pressure, and all 7 recovered 3–5 days following the aspiration. Hypertrophic scar formation was reported in 18 patients (4.5%) at the incision site. 10 (3%) required therapy at 3–5 months. They were treated with a systemic enzyme therapy (Scarase; International Surgical Devices, Menlo Park, CA, USA) with or without the local injection of a steroid (Kenalog; Bristol-Myers Squibb, New York, NY, USA). 5 of 10 were resolved 10–12 months after implantation, but the remaining 5 were unresolved at the time of study completion. The other 8 (2%) reported scars late (2–3 years after implantation) and were successfully treated with local steroids (Table 3).

13 of the 400 subjects (3.2%) experienced a wound infection. The infections presented between 5 and 12 months after

**Table 3.** Adverse events (n = 400)

| Adverse events | N (%) | Device removal, total 12 (3.0%) | Device revision, total 4 (1.0%) |
|---|---|---|---|
| Seroma | 19 (4.8) | | |
| Scar formation (hypertrophic at incision) | 18 (4.5) | | |
| Scar formation (fibrosis of capsular tissue) | 14 (3.5) | | |
| Implant infection | 9 (2.3) | 4 (1.0) | |
| Implant infection and implant breakage | 4 (1.0) | 4 (1.0) | |
| Implant breakage | 1 (0.25) | 1 (0.25) | |
| Temporary loss of skin sensitivity/sensation | 6 (1.5) | | |
| Detachment/breakage of sutures | 6 (1.5) | 2 (0.5) | 4 (1.0) |
| Penile skin ulcer (superficial) | 5 (1.3) | | |
| Hematoma | 4 (1.0) | 1 (0.25) | |

IMD-000354



**Figure 3.** A, Photo of patient penis before and 9 months after implant insertion procedure. B, Photo of patient penis before and 3 months after implant insertion procedure. C, Photo of patient penis before and after implant removal procedure. Figure 3 is available online in color at www.jsm.jsexmed.org.

implantation. 5 subjects were successfully treated with oral antibiotics. The remaining 8 infections (2%) persisted despite therapy and necessitated removal of the device. 4 of these patients (1%) had implant breakage and subsequent implant extrusion/perforation in addition to infection of the device at presentation.

Other adverse events reported include temporary loss of glans sensitivity/sensation 2−3 days postsurgery by 6 subjects (1.5%), superficial ulcerations of penile skin in 5 subjects (1.25%),

hematoma in 4 subjects (1%), and suture breakage in 6 subjects with resultant implant malposition (1.5%). Overall, 12 subjects (3%) experienced adverse events necessitating device removal. The causes included implant breakage with implant perforation and infection (1%), implant infection (1%), suture detachment (0.5%), implant breakage (0.25%), and hematoma (0.25%). No thrombosis, implant migration, sepsis, venous or arterial injury, urinary difficulty, or penile curvature was reported. No erectile dysfunction or problems with ejaculation were reported.

J Sex Med 2018;15:1216−1223

IMD-000355

Evaluation of Penuma Silicone Implant for Elective Penile Cosmetic Correction                                                              1221

## DISCUSSION

This study assessed the safety and efficacy of penile cosmetic correction using the Penuma silicone sleeve implant. The procedure was shown to be effective at increasing penile girth and thereby improving the appearance of the pendulous nonerect penis (Figure 3A and B). The authors postulate additional gains in flaccid length were owing to the weight of the implant (42–60 g) stretching loose penile tissue, overcoming prepubic recession and thus creating the appearance of a longer pendulous penis. Moreover, implantation with the Penuma implant resulted in immediate and durable improvements in self-confidence, self-esteem, and satisfaction for most patients.

Alternative treatments available for penile cosmetic correction have been autologous fat transplantation, injection of silicone fluid, or dermal fillers beneath the penile skin. These methods of penile cosmetic surgery have drawbacks and known significant risks or complications.[9–14] Perhaps the most popular cosmetic procedure has been autologous fat injection. Researchers found that only 10% of fat cells are intact in the final result after a postoperative recovery period and that "a significant number of adipocytes are ruptured or reabsorbed."[1] Other risks and complications inherent in existent penile cosmetic procedures include operative procedures of long duration with extended recovery periods, discomfort at the site of graft removal or liposuction, formation of hard lumps and nodules under the penile skin, and penile deformity resulting from partial absorption of fat or AlloDerm.[1,2] Any of these complications may require additional surgical procedures with associated expense and inconvenience to the patient. The Penuma silicone sleeve implant was developed to overcome many of these issues.

The operative procedure is simple and safe. It can be performed by any surgeon familiar with penile surgery. As with any implant surgery, the major risk is device infection. Reported infection rates are comparable to those for other penile implants, including non-inflatable penile prostheses (4.55%).[15,16] An investigation is currently under way to determine whether the addition of an infection retardant coating would lower our infection rate 50% as it did with inflatable penile implants.[17]

12 of the patients necessitated device removal for device breakage, malposition, or wound infection. The operative procedure for the device removal is straightforward. Our preferred procedure consists of reopening the same suprapubic incision that was made for the initial insertion procedure particularly in the clinical setting of device infection. After opening the subcutaneous tissue, the implant is identified. Using the implant as an anchor, the penis is everted, the non-absorbable sutures at the distal end of the implant are released, and the implant is removed. Any residual mesh that has had tissue ingrowth is removed using sharp dissection. In patients who are not infected, the device can also be removed via a subcoronal incision.

We recommend a manipulation rehabilitation of the penis after removal of the implant. This can be accomplished through a combination of manual/vacuum stretching for approximately 2–3 months following the procedure. Patients did not report any long-term disfigurement of the penis (Figure 3C). It is remarkable that 7 of the 12 patients (58%) who necessitated device removals returned to the clinic after 4–6 months to have the implant reinserted.

A legitimate query to this study is for whom is this procedure indicated? Many of our patients had a penis that would have been considered normal by statistical standards. However, in the patient's mind, his appearance is flawed. Therefore, it is the degree to which the perceived flaw becomes debilitating that may define patients who are or are not appropriate candidates for this procedure. Men who suffer from body dysmorphic disorder often obsess over the size of their penis, and they can be at high risk for postoperative dissatisfaction.[8,18] Prior to electing the surgical therapy, 16% of patients in our study sought counseling. All had failed conservative management with antidepressants, serotonin reuptake inhibitors, and cognitive behavioral therapy.

The larger portion of patients in this study (84%) had not sought counseling help regarding the size of their penis, and most had a penis that was statistically normal before implantation. Nevertheless, these men were quite unhappy with their penile conformation in the flaccid state. It is acknowledged that this implant surgery is not the recommended therapy suggested by any urology guideline. Despite this disclaimer, these patients strongly desired a correction of their perceived deficiency; were briefed on the risks, benefits, possible complications, and alternatives of the procedure; and elected this cosmetic surgery for correction of penile size and consequent personal satisfaction.

The results demonstrate that this therapy offers an immediate and durable increase in penile girth and often an improved perceived length of the flaccid pendulous penis. We emphasize the perceived nature of penile size because flaccid penile length is not the recommended measure of penile length because stretched length is the standard in other studies. Additional desired achievements accompanying this physical change were substantial improvements in self-confidence and self-esteem, and high levels of long-term patient satisfaction.

We believe that the risks associated with this cosmetic surgery are minimal, and more importantly, the possible complications do not create quality of life alterations should the implant require removal for infection, breakage, malposition, or dissatisfaction. Although adverse events may occur, because the implant is subdermal and does not violate the corporal body, the patient is not left with erectile dysfunction, loss of penile length, or diminished sensation. It is notable that 57% of the patients who required implant removal had reinsertion of the device.

There are several limitations of this study. It is retrospective in nature, and the study consents were received from patients retrospectively. The APPSSI questionnaire is not a validated

IMD-000356

study. Regretfully, 126 (24%) of the 526 patients during the study time period did not respond to the request for consent and could not be included in the study. This impacts the true rate of complications. Finally, this article chronicles the experience of a single surgeon (J.E.), who happens to be the inventor of the implant. A prospective study with multiple investigators is presently commencing and will mitigate many of these limitations.

## CONCLUSION

Penile implantation of a soft silicone device is reasonably safe and works well for penile cosmetic correction, including girth enhancement. Given the high long-term patient satisfaction and the demonstrated durability of the cosmetic correction, the Penuma silicone implant can be offered as a treatment option for the cosmetic correction of the perception that one's penis is smaller than that of other men. Long-term follow-up will be required to ensure implant performance and lasting cosmetic results.

**Corresponding Author:** Joel Hillelsohn, MD, Department of Urology, Icahn School of Medicine at Mount Sinai, New York, NY 10029, USA. Tel: 212-781-9696; Fax: 212-876-3246; E-mail: jhillelsohn@gmail.com

*Conflict of Interest:* Dr. James J. Elist is the founder of IMD, Inc, which manufactures the Penuma silicone implant and sponsored this study. Dr. Robert Valenzuela is a paid consultant with IMD, Inc.

*Funding:* None.

## STATEMENT OF AUTHORSHIP

**Category 1**
**(a) Conception and Design**
James J. Elist; Tom Feng; Alireza Hosseini
**(b) Acquisition of Data**
James J. Elist; Alireza Hosseini
**(c) Analysis and Interpretation of Data**
James J. Elist; Robert Valenzuela; Joel Hillelsohn; Tom Feng; Alireza Hosseini

**Category 2**
**(a) Drafting the Article**
James J. Elist; Robert Valenzuela; Joel Hillelsohn; Tom Feng; Alireza Hosseini
**(b) Revising It for Intellectual Content**
James J. Elist; Robert Valenzuela; Joel Hillelsohn; Tom Feng; Alireza Hosseini

**Category 3**
**(a) Final Approval of the Completed Article**
James J. Elist; Robert Valenzuela; Joel Hillelsohn; Tom Feng; Alireza Hosseini

## REFERENCES

1. Vardi Y, Harshai Y, Gil T, et al. A critical analysis of penile enhancement procedures for patients with normal penile size: surgical techniques, success, and complications. Eur Urol 2008;54:1042-1050.

2. Nabil N, Hosny H, Kadah A, et al. Evaluation of surgical outcome of penile augmentation and lengthening procedures. Urol Int 2013;90:465-469.

3. Chevallier D, Haertig A, Faix A, Droupy S. La chirurgie esthétique des organes génitaux masculins [Aesthetic surgery of male genital organs]. Prog Urol 2013;23:685-695.

4. Shirvanian V, Lemperle G, Araujo Pinto C, et al. Shortened penis post penile prosthesis implantation treated with subcutaneous soft silicone penile implant: case report. Int J Impot Res 2013;10:100-104.

5. Elist JJ, Shirvanian V, Lemperle G. Surgical treatment of penile deformity due to curvature using a subcutaneous soft silicone implant: case report. Open J Urol 2014;4:91-97.

6. Kamrava A. Retrospective analysis of the safety and effectiveness of the silicone block in penile surgery; Clinical Investigation Report #IMD-0115; August 29, 2015.

7. U.S. Food and Drug Administration. 510(k) premarket notification. Available at: https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?id=K042380 (2004); https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?id=K162624 (2017); Accessed June 12, 2018.

8. Veale D, Miles S, Read J, et al. Penile dysmorphic disorder: development of a screening scale. Arch Sex Behav 2015; 44:2311-2321.

9. Moullot P, Nguyen PS, Philandrianos C, et al. Hypertrophie de greffon adipocytaire et lipopénosculpture: gestion d'une complication rare [Hypertrophy of fat graft and lipopenosculpture: management of a rare complication]. Ann Chir Plast Esthet 2014;59:355-359.

10. Silberstein J, Downs T, Goldstein I. Penile injection with silicone: case report and review of the literature. J Sex Med 2008;5:2231-2237.

11. Sasidaran R, Zain MA. Low-grade liquid silicone injections as a penile enhancement procedure: is bigger better? Urol Ann 2012;4:181-186.

12. Kwak TI Oh M, Kim JJ, Moon DG. The effects of penile girth enhancement using injectable hyaluronic acid gel filler. J Sex Med 2011;8:3407-3413.

13. Alei G, Letizia P, Ricottilli F, et al. Original technique for penile girth augmentation through porcine dermal acellular grafts: results in a 69-patient series. J Sex Med 2012;9:1945-1953.

14. Solomon MP, Komlo C, Defrain M. Allograft materials in phalloplasty: a comparative analysis. Ann Plast Surg 2013; 71:297-299.

15. Nehra A, Carson CC III, Chapin AK, et al. Long-term infection outcomes of 3-piece antibiotic impregnated penile prostheses used in replacement implant surgery. J Urol 2012; 188:899-903.

Evaluation of Penuma Silicone Implant for Elective Penile Cosmetic Correction

1223

16. Grewal S, Vetter J, Brandes SB, et al. A population-based analysis of contemporary rates of reoperation for penile prosthesis procedures. **Urology** 2014;84:112-116.

17. Mandava SH, Serefoglu EC, Freier MT, et al. Infection retardant coated inflatable penile prostheses decrease the incidence of infection: a systematic review and meta-analysis. **J Urol** 2012; 188:1855-1860.

18. Wang Q, Cao C, Guo R, et al. Avoiding psychological pitfalls in aesthetic medical procedures. **Aesthetic Plast Surg** 2016; 40:954-961.

IMD-000358

# Dr. Elist Exhibit D

Case 2:20-cv-03503-GBM-RAO Document 254-6 Filed 09/14/21 Page 60 of 93 Page ID
Case 2:20-cv-03503 Document 1 Filed 04/15/20 Page 226 of 269 Page ID #:226
#:7916

# United States of America

## United States Patent and Trademark Office

# Penuma

**Reg. No. 5,044,348**

**Registered Sep. 20, 2016**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

Menova International, Inc (CALIFORNIA CORPORATION)
8500 Wilshire Blvd, Suite 707
Beverly Hills, CA 90211

CLASS 10: Implants comprising natural, non-living materials

FIRST USE 1-1-2016; IN COMMERCE 1-7-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

The wording "PENUMA" has no meaning in a foreign language.

SER. NO. 86-870,784, FILED 01-10-2016
WILLIAM H DAWE III, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

1/15/2020

Case 2:20-cv-03503-CBM-RAO Document 154-6 Filed 09/14/21 Page 62 of 93 Page ID #:7918
Case 2:20-cv-03503 Document 1-1 Filed 04/15/20 Page 228 of 268 Page ID #:228



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 15 04:13:44 EST 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Penuma

| | |
|---|---|
| **Word Mark** | **PENUMA** |
| **Translations** | The wording "**PENUMA**" has no meaning in a foreign language. |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Implants comprising natural, non-living materials. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160107 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86870784 |
| **Filing Date** | January 10, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 5, 2016 |
| **Registration Number** | 5044348 |
| **International Registration Number** | 1367771 |
| **Registration Date** | September 20, 2016 |
| **Owner** | (REGISTRANT) Menova International, Inc CORPORATION CALIFORNIA 8500 Wilshire Blvd, Suite 707 Beverly Hills CALIFORNIA 90211 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Dr. Elist Exhibit E

ATTORNEYS' EYES ONLY

## REPRESENTATIVE AGREEMENT

**EFFECTIVE DATE**: May 10, 2017

## PARTIES:

International Medical Devices
8500 Wilshire Boulevard, Suite 707
Beverly Hills, CA 90211

(the "**Company**")

Gesiva Medical, LLC
6385 Old Shady Oak Rd
Suite 250
Eden Prairie, MN 55344
("**Representative**")

## RECITALS:

The Company engages in the business of manufacturing and selling medical products. Representative desires to be appointed as an independent sales representative of the Company to promote and solicit sales of certain of the Company's products.

## AGREEMENT:

In consideration of the mutual covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1.      Designation as Representative:

a.      Appointment.  Subject to the terms and conditions of this Agreement, and during the Term of this Agreement, the Company hereby appoints Representative as the exclusive sales and marketing representative to promote, generate sales leads and solicit orders for the sale of those products specified on Appendix A (the "**Products**") in the Territory (as defined on Appendix B); provided that the Company reserves the right to directly promote and sell the Products to the Excluded Accounts (as defined on Appendix B), but the Company shall not retain other representatives, agents or distributors to promote and market the Products in the Territory during the Term. Nothing contained herein shall be construed as a limitation on Company's right to enter into or complete an Acquisition Transaction as defined in Section 8 nor on Company's right to hire third party firms for direct to consumer, media, branding, or public relations efforts, which Company shall have the right to do in its sole and absolute discretion. Representative may not appoint sub-contractors without the prior written consent of the Company.  Representative will not market or sell the Products to any federal or state healthcare program or any medical professionals who seek governmental or commercial payor reimbursement for the Products unless specific written approval has been received in advance from the Company.

b.      Term.  This Agreement will commence on the Effective Date set forth above and remain in force for an initial term of two (2) years from the **Effective Date**, unless terminated earlier pursuant to Section 9 (the "**Initial Term**").  The Company shall have the option to renew this Agreement for up to three (3) consecutive one-year renewal terms by providing written notice of the exercise of each such renewal option to Representative at least 90

ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY

days before the expiration of the then current term.  The Initial Term and any renewal terms are
collectively referred to as the "**Term**".

2.      The Company's Duties.

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



3.    <u>Representative's Duties</u>.  Representative agrees to perform the following duties:



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

IMD-000691

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

11.     Confidentiality.  Representative, for itself and on behalf of its shareholders, members, directors, officers, managers, agents and representatives, acknowledges and agrees that as a result of the transactions contemplated by this Agreement, Representative will receive certain information and be furnished with or otherwise receive or have access to certain information or material in paper, verbal and/or electronic form, which relates to the past, present or future products, services, software, techniques or technical information and data, business plans, marketing plans, financial statements and proformas relating to the business affairs, products, including, without limitation, the Products, plans and operations of the Company (the "Confidential Information").  Representative shall (i) use the Confidential Information solely for the purpose of marketing and selling the Products in accordance with the terms and conditions of this Agreement, (ii) protect and hold in the strictest confidence the Confidential Information, (iii) not disclose any Confidential Information to any person or entity without the prior written consent of Company, unless required by law, provided, however, that Representative shall be permitted to provide copies of the Confidential Information to its attorneys and accountants who agree to keep such information in strict confidence and use it solely for the purposes of marketing and selling the Products in accordance with the terms and conditions of this Agreement, (iv) not use directly or indirectly the Confidential Information for its own benefit or the benefit of any other person.  As used herein, "Confidential Information" shall not include information which (a) was or becomes generally available to the public other than as a result by disclosure by Representative, (b) Can be proven that it was information already known by Representative prior to its disclosure by Company, (c) was independently developed or acquired by Representative without violation of this Agreement, or (d) must be disclosed by Representative if required by law or a court of competent jurisdiction.  Representative acknowledges and agrees that the Confidential Information is confidential and that any disclosure or use of the Confidential Information except as provided in this Agreement may cause serious harm or damage to the Company and, in addition to the Company's right to damages, will be subject to the provisions of Section 12.f. (injunctive relief) below.

12.     General Provisions.

a.     Entire Agreement.  This Agreement, together with the appendices attached hereto, constitutes the entire Agreement between the parties and supersedes any and all prior and contemporaneous oral and written understandings between the parties relating to the subject matter hereof.

b.     Modification or Waiver.  No purported amendment, modification or waiver of any provision hereof will be binding unless set forth in a writing signed by both parties (in the case of amendments and modifications) or by the party to be charged thereby (in the case

ATTORNEYS' EYES ONLY

of waivers). Any waiver will be limited to the circumstance or event specifically referenced in the written waiver document and will not be deemed a waiver of any other term of this Agreement or of the same circumstance or event upon any recurrence thereof.

        c.    <u>Notices</u>.  Any notice or communication to be given or made under this Agreement shall be made in writing in the English language and delivered personally by hand or transmitted by facsimile, first class mail, electronic mail (e-mail), or overnight courier addressed to the party at the address on page 1 of this Agreement or such changed address as may be given by written notice.  Notices will be deemed to have been received:

        (i)    If delivered by hand, at the time of delivery;

        (ii)    If sent by facsimile, at the time of transmission;

        (iii)    If sent by electronic mail (e-mail), at the time of delivery;

        (iv)    If sent by overnight courier, at the time of delivery; and

        (v)    If sent by mail, five (5) business days after the date of mailing.

        d.    <u>Assignment</u>.  Representative shall not assign, transfer or sell all or any part of its rights or obligations hereunder without the prior written consent of the Company, which consent may be given or withheld at Company's sole and absolute discretion. This Agreement shall be binding upon and inure to the benefit of any successor or assignee of the Company and of any permitted successors and assigns of Representative as provided above.

        e.    <u>Severability and Interpretation</u>.  In the event that a provision of this Agreement is held invalid by a court of competent jurisdiction, the remaining provisions shall nonetheless be enforced in accordance with their terms. Further, in the event that any provision is held to be overbroad as written, such provision shall be deemed amended to narrow its application to the extent necessary to make the provisions enforceable according to applicable law and shall be enforced as amended.

        f.    <u>Injunctive Relief</u>.  It is hereby understood and agreed that damages may be an inadequate remedy in the event of a breach of any of the terms and/or conditions of this Agreement by Representative and that any such breach by Representative may cause Company great and irreparable injury and damage.  Accordingly, Representative hereby agrees that Company shall be entitled, without waiving any additional rights or remedies otherwise available to Company at law or in equity or by statute, to seek injunctive and other equitable relief, in the event of a breach or intended or threatened breach by Representative of any of the terms and/or conditions of this Agreement.

        g.    <u>Governing Law</u>.  This Agreement shall be construed and enforced in accordance with the internal laws of the State of California, without regard to conflicts of laws principles of any jurisdiction.

        h.    <u>Survival</u>.  The rights and obligations of the parties under Section 2(g), 4, 6, 8, 9, 10, 11, 12(c), 12(e), 12(f), 12(g), and 12(i) and any other rights and obligations of the parties that are clearly in the context of this Agreement intended to survive a termination of this Agreement, shall survive any termination of this Agreement.

ATTORNEYS' EYES ONLY

i.   Attorneys' Fees.  If any party shall bring an action against another party arising out of this Agreement, the unsuccessful party shall pay to the prevailing party all attorneys' fees and costs actually incurred by the prevailing party, in addition to any other relief to which the prevailing party may be entitled.

j.   Infringement. - Representative shall promptly notify Company in writing of any potential infringements on Company's intellectual property with regard to the Products.

k.   Non-Compete. - Representative shall not work, in any capacity, with any individual or entity that competes with the business of Company, including, without limitation, any individual or entity that sells, distributes, or represents a subcutaneous silicone implant for the surgical correction of penile cosmetic deformities during the Term of this Agreement and for a period of 1 year following the termination or expiration of the Term of this Agreement within the Territory setforth in Appendix B.

l.   Proprietary Rights.   This Agreement does not provide Representative with any ownership interest whatsoever in any of the Products, Intellectual Property underlying and/or related to the Products, or proprietary information of the Company.


**INTERNATIONAL MEDICAL
DEVICES**

**GESIVA MEDICAL, LLC**

By: _____Jonathan Elist_____

By: _____Tom Hopper_____

Its: ____CEO____

Its: ____President____

Dated: ___5/10/2017___

Dated: ___05-10-2017___

# Dr. Elist Exhibit F

## NON-DISCLOSURE AGREEMENT

This Non-Disclosure Agreement (the "Agreement") is between Dr. Robert Cornell (the "Receiving Party") and International Medical Devices, the ("Disclosing Party"). For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the undersigned agrees for the benefit of the Disclosing Party as follows:

**1. RECEIPT OF CONFIDENTIAL INFORMATION.** Receiving Party desires to receive copies of available information and also be furnished with or otherwise receive or have access to various information or material in paper, verbal and/or electronic form, which relates to past, present or future products, services, software, techniques or technical information and data, business plans, marketing plans, financial statements and proformas relating to the business affairs, plans and operations (the "Confidential Information") of the Disclosing Party for purposes of discussing and proposing the terms of a possible agreement/collaboration (the "Transactions").

**2. USE OF CONFIDENTIAL INFORMATION.** The Disclosing Party is providing the Confidential Information to the Receiving Party subject to the following terms. The Receiving Party shall (i) use the Confidential Information solely for the purpose of assisting the Receiving Party in evaluating and proposing the terms of a Transaction; (ii) protect and hold in the strictest confidence the Confidential Information; (iii) not disclose any Confidential Information to any person or entity, unless required by law or other regulatory authority, without the prior written consent of the Disclosing Party; provided that the Receiving Party shall be permitted to provide copies of the Confidential Information to its attorneys, accountants, potential lenders and business consultants who agree to keep such information in confidence and use it solely to assist the Receiving Party in determining whether to proceed with a Transaction; and (iv) not use directly or indirectly the Confidential Information for its own benefit or benefit of any other person except for the purpose stated in Paragraph 2(i). As used herein, "Confidential Information" shall not include information which (a) was or becomes generally available to the public other than as a result by disclosure by the Receiving Party; (b) can be proved that it was information already known by the Receiving Party prior to its disclosure by the Disclosing Party; (c) was independently developed or acquired by the Receiving Party without violation of this Agreement; or (d) must be disclosed by Receiving Party if required by law or a court of competent jurisdiction.

**3. NATURE OF CONFIDENTIAL INFORMATION.** The Receiving Party acknowledges that the Confidential Information is confidential and that any disclosure or use of the Confidential Information except as provided in this Agreement may cause serious harm or damage to the Disclosing Party. The Receiving Party agrees to indemnify and hold the Disclosing Party harmless from any and all loss, cost, damages, and expenses, including attorney's fees, arising from any unauthorized disclosure by the Receiving Party of any Confidential Information. In the event of any dispute or

1

EXHIBIT
0007
IMD_0

proceeding arising out of this agreement, each party shall be responsible for its own attorney's fees and costs incurred in connection with the enforcement of the terms and conditions hereof.

**4. EMPLOYEES.** Receiving Party agrees not to hire, offer to hire, or solicit for employment any employees of Disclosing Party for the period of two (2) years without the prior consent of Disclosing Party. The foregoing provision shall not restrict Receiving Party from conducting any general solicitations for employees not specifically directed at the Disclosing Party or its employees, and shall not restrict Receiving Party from hiring any such person who responds to any such general solicitation.

**5. AUTHORITY.** The undersigned hereby represents that it has authority to bind the Receiving Party to the terms and conditions of the Agreement.

**6. TERM.** This Agreement remains in effect one year from the date of this Agreement, as indicated by the date below Receiving Party's signature below, except that for a period of five (5) years from the date of this Agreement, Receiving Party agrees to keep the Confidential Information in strict confidence and not to disclose it to any other third party or use the Confidential Information for any purpose other than the performance of the evaluation herein described without the prior written consent of the Disclosing Party.

**7. RETURN OF CONFIDENTIAL INFORMATION.** If no Transaction is to be consummated, or upon written request of Primavera Capital Limited, or the Disclosing Party, the Receiving Party shall either destroy or return all Confidential Information.

**8. GOVERNING LAW.** This Agreement shall be construed and enforced in accordance with the internal laws of the State of California, without regard to conflicts of laws principles of any jurisdiction.


**RECEIVING PARTY:**

Dr. Robert Cornell

1315 St Joseph Pkwy Suite 1700, Houston, TX 77002

Phone: (281) 607-5212


Signature _____

Date _____3/30/18_____

2

IMD_000029

**DISCLOSING PARTY:**

International Medical Devices

James Elist, MD

8500 Wilshire Blvd, #707, Beverly Hills, CA 90211

310-652-2600

drelist@gmail.com


Signature _____ _                         _____

Date ___3/30/2018_____

3

IMD_000030

# Dr. Elist Exhibit G

## RELEASE FOR OBSERVATION
### (PATIENT)

In the interest of evaluating the quality of care at this facility and/or the furtherance of surgical skills education, the undersigned patient agrees that the health care practitioner:

_Robert Connoll_          _Duncan Louie_
(practitioner name & title)

shall be allowed to observe the medical procedure: _Insertion of Subcutaneas Penile Implant_
(procedure name)

to be performed at Beverly Hills South Pacific Surgery Center on:

_03/30/2018_
(date)

In signing this release, it is understood by the **patient** that the undersigned observer shall not release any information concerning this procedure that shall compromise the patient's right to privacy and confidentiality, and that only information necessary for evaluation and improvement of quality of care rendered in this ambulatory care center shall be collected by the outside party and shall be discussed only with other health care professionals and/or government agencies directly responsible for the evaluation and improvement of quality of care rendered in this ambulatory care center.

The undersigned **observer** agrees to maintaining the confidentiality of the undersigned patient and further agrees that only information necessary for evaluation and improvement of quality of care rendered in this ambulatory care center shall be collected by the outside party and shall be discussed only with other health care professionals and/or government agencies directly responsible for the evaluation and improvement of quality of care rendered in this ambulatory care center.

SIGNED(Patient)▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

SIGNED(Observer)_____

SIGNED(Attending Physician)_____

WITNESS:_____

WITNESS_____

DATE _3/30/18_

CONFIDENTIAL

IMD-00

EXHIBIT
0013

PATIENT NAME: P███ M███
D.O.B. ███
**SURGEON: ELIST**
**D.O.S. 03/30/2018**
*BEVERLY HILLS SOUTH PACIFIC SURGERY CENTER*

In the interest of evaluating the quality of care at this facility and/or the furtherance of surgical skills education, the undersigned patient agrees that the health care practitioner:

Robert Cornell *James Elist MD* Duncan Lonpe MD
**(practitioner name & title)**

shall be allowed to observe the medical procedure: INSERTION OF PENILE IMPLANT
**(procedure name)**

to be performed at Beverly Hills South Pacific Surgery Center on:

3/30/18
**(date)**

In signing this release, it is understood by the **patient** that the undersigned observer shall not release any information concerning this procedure that shall compromise the patient's right to privacy and confidentiality, and that only information necessary for evaluation and improvement of quality of care rendered in this ambulatory care center shall be collected by the outside party and shall be discussed only with other health care professionals and/or government agencies directly responsible for the evaluation and improvement of quality of care rendered in this ambulatory care center.

The undersigned **observer** agrees to maintaining the confidentiality of the undersigned patient and further agrees that only information necessary for evaluation and improvement of quality of care rendered in this ambulatory care center shall be collected by the outside party and shall be discussed only with other health care professionals and/or government agencies directly responsible for the evaluation and improvement of quality of care rendered in this ambulatory care center.

SIGNED(Patient) ███   3/30/18

SIGNED(Observer)   X   X 3/30/18

SIGNED(Attending Physician)

WITNESS:

WITNESS   Thongander RN

DATE   3/30/18

X   3/30/18   X

CONFIDENTIAL



PATIENT NAME: S⬛⬛⬛ C⬛⬛⬛
F D.O.B. ⬛⬛⬛⬛
SURGEON: ELIST
D.O.S. 03/30/2018
*BEVERLY HILLS SOUTH PACIFIC SURGERY CENTER*

In the interest of evaluating the quality of care at this facility and/or the furtherance of surgical skills education, the undersigned patient agrees that the health care practitioner:

*Robert Connell MD   Duncan Lowe*

(practitioner name & title)

shall be allowed to observe the medical procedure: INSERTION OF PENILE IMPLANT

(procedure name)

to be performed at Beverly Hills South Pacific Surgery Center on:

3/30/18

(date)

In signing this release, it is understood by the **patient** that the undersigned observer shall not release any information concerning this procedure that shall compromise the patient's right to privacy and confidentiality, and that only information necessary for evaluation and improvement of quality of care rendered in this ambulatory care center shall be collected by the outside party and shall be discussed only with other health care professionals and/or government agencies directly responsible for the evaluation and improvement of quality of care rendered in this ambulatory care center.

The undersigned **observer** agrees to maintaining the confidentiality of the undersigned patient and further agrees that only information necessary for evaluation and improvement of quality of care rendered in this ambulatory care center shall be collected by the outside party and shall be discussed only with other health care professionals and/or government agencies directly responsible for the evaluation and improvement of quality of care rendered in this ambulatory care center.

SIGNED (Patient) ⬛⬛⬛

SIGNED (Observer) X _____   X 3/30

SIGNED (Attending Physician) _____   3/30/18

WITNESS _____

WITNESS _____

DATE 3/30/18

CONFIDENTIAL

## RELEASE FOR OBSERVATION
### (PATIENT)

In the interest of evaluating the quality of care at this facility and/or the furtherance of surgical skills education, the undersigned patient agrees that the health care practitioner:

_Robert Cornell MD    Duncan Loure_
(practitioner name & title)

shall be allowed to observe the medical procedure: _Insertion of subcutaneous Penile Implant_
(procedure name)

to be performed at Beverly Hills South Pacific Surgery Center on:

_3/30/18_
(date)

In signing this release, it is understood by the **patient** that the undersigned observer shall not release any information concerning this procedure that shall compromise the patient's right to privacy and confidentiality, and that only information necessary for evaluation and improvement of quality of care rendered in this ambulatory care center shall be collected by the outside party and shall be discussed only with other health care professionals and/or government agencies directly responsible for the evaluation and improvement of quality of care rendered in this ambulatory care center.

The undersigned **observer** agrees to maintaining the confidentiality of the undersigned patient and further agrees that only information necessary for evaluation and improvement of quality of care rendered in this ambulatory care center shall be collected by the outside party and shall be discussed only with other health care professionals and/or government agencies directly responsible for the evaluation and improvement of quality of care rendered in this ambulatory care center.

SIGNED(Patient) █████████

SIGNED(Observer) _X_ _____

SIGNED(Attending Physician) _____

WITNESS: _____

WITNESS _____

DATE _3/30/18_

CONFIDENTIAL

PATIENT NAME: C████████H███
D.O.B ████████            IMD-000635
SURGEON: ELIST

Dr. Elist Exhibit H

**Test :**

| Last Name | Date | Lead Source | Phone | Message |
|---|---|---|---|---|
| ▇ | 11/25/2019 | Website | (432) 3 | Pt was asking about Dr. Cornel's availability and stated that he would prefer to have the procedure in Texas. |
| ▇ | 11/22/2019 | Chat | | He said that Dr. Cornel offer the same procedure in Texas and I explained we only work with Dr. Wang at this time. |
| ▇ | 12/04/2019 | Website | (972) 9 | He asked me about the similar implant with physician in Texas. I listed the physician that we work with and explained that beside this offices no other physician use this implant. He mentioned that he has seen something similar to our implant by a physician in Texas. |
| ▇ | 1/3/2020 | Website | (915) 8 | Pt has mentioned Dr. Cornell offering a similar procedure in Texas. |
| ▇ | 1/3/2020 | Chat | (512) 5 | Pt has mentioned Dr. Cornell similar procedure being offered by Dr. Cornell. I explained that the two procedures are not the same! |
| ▇ | 1/12/2020 | Website | (940) 2 | PT mentioned Dr. Cornell. |
| ▇ | 1/17/2020 | Website | (956) 4 | He was asking about the difference between Penuma an Agumnta. |
| ▇ | 1/17/2020 | Website | (281) 2 | He was confused regarding the implant and told me the same implant is covered by Dr. Cornell |
| ▇ | 1/30/2020 | Website | (832) 5 | Asked about the Availability with Dr. Cornell and I told him we work with Dr. Wang in Texas |
| ▇ | 2/12/2020 | Website | (619) 9 | He mentioned another implant similar to his being offered in Texas. |
| ▇ | 02/10/2019 | Website | (903) 5 | PT had general question regarding the procedure and also asked for availability in Houston. He mentioned that he has seen an implant similar to pneuma being offered in Texas |
| ▇ | 2/24/2020 | Chat | (936) 6 | PT said he had seen other implant available online for enlargement. Asked him for further detail and he mentioned a doctor in Texas has made an implant similar to Penuma for enlargement. |
| ▇ | 10/22/2018 | Website | (830) 4 | Pt mentioned having surgery with Dr. Cornell and I explained that we do not work with him at this time. |
| ▇ | 10/20/2019 | Website | (361) 4 | Interested in having the procedure in Texas and he was wondering if Dr. Cornell is offering the same procedure as Penuma |
| ▇ | 9/8/2018 | Website | (254) 6 | Asked about Agumenta implant and the difference with Penuma |
| ▇ | 7/24/2018 | Website | (915) 2 | Spoke to him today and he stated that the same procedure is offered by Dr. Cornell. I explained that we have been in contact with Dr. Cornell in the past and he is not authorized to offer this procedure. |
| ▇ | 10/26/2018 | Ad | (903) 7 | PT was interested in having the procedure done near his home. He said he has heard of similar operation with an implant in his area. Asked him further questions and he mentioned Dr. Cornell |
| ▇ | 4/22/2019 | Website | (504) 7 | PT is requesting to be transferred to Texas office with Dr. Cornell. I explained that we are not working with him! |
| ▇ | 1/23/2019 | Website | (254) 4 | PT was confused. He wanted to understand the difference between pneuma and Agumenta implant. |
| ▇ | 5/24/2019 | Website | (832) 5 | Pt had many questions and also was wondering if he can perform the procedure with Dr. Cornell. I explained that this procedure is not offered by him |
| ▇ | 10/10/2019 | Website | (972) 7 | Pt was calling to get more information on the procedure and the gains. I explained the procedure. I explained that we can not predict the fact result and he asked how about other implant that Dr. Cornell's offers. I explained the I do not have any information on his implant and we do not work with him! |
| ▇ | 9/19/2019 | Incoming call | (240) 5 | PT was calling to be contacted by the Texas office. I mentioned Dr. Wang and he asked about Dr. Cornell. |
| ▇ | 6/18/2019 | Website | (615) 5 | Requesting to be contacted by the Texas office. I mentioned Dr. Wang and he asked about Dr. Cornell. |
| ▇ | 5/23/2019 | Website | (325) 7 | Requesting more information on the implant and he said he has seen another website with an implant with similar name for enlargement from a Doctor in Texas. |

**Total records in this page :23 Records**

1

CONFIDENTIAL

IMD-000672

# Dr. Elist Exhibit I

**AD Medical Animation & Arts Pvt. Ltd.**

89 – A, Pocket  – A,
Dilshad Garden,
Delhi – 110095
Ph.: +91  9811315212



| Invoice no.: 11 issued on 16th October' 2014 |
|---|

**to Dr. James Elist**

8500 Wilshire Blvd., Ste 707, Beverly Hills, CA 90211, USA.
surgeonformen@gmail.com

Attn: Mr.Mohsen Ahangarani
mohsen@m2asolutions.com

| description: | total (in USD) |
|---|---|
| Silicone Implant Procedure Animation | 1,650/- |
| | |
| **Total:** | 1,650/- |

| USD One Thousand Six Hundred Fifty Only. |
|---|

# Bank details are on the next page.

Issued by:

*Tarun Kumar* (signature)

Tarun Kumar Gupta
Director,
Dated: 16th October' 2014

CONFIDENTIAL                                                                            IMD_000604

**WIRE TRANSFER DETAILS:**

| | |
|---|---|
| Currency of remittance | USD |
| Name of Correspondent Bank | JP MORGAN CHASE, NEW YORK |
| Bank's Account Number | ███████ USD |
| Swift code / BIC | ███████ |
| Bank Clearing Code | ███████ |
| AD Medical Animation & Arts Pvt. Ltd. Bank Account Number | ███████ |
| Bank IFSC Code and Address | IFSC Code: ███████<br><br>ICICI Bank, Plot No.4&5, Block -B,<br><br>Commercial Complex, Dilshad Garden,<br><br>Delhi – 110095, India |

**PAYPAL ACCOUNT:**

tarun@medicalanimation.in

CONFIDENTIAL

Dr. Elist Exhibit J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-235-861

**Effective Date of Registration:**
February 09, 2020
**Registration Decision Date:**
April 09, 2020

## Title

**Title of Work:**   Penile Enlargement Implant Surgery Animation Video

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   October 17, 2014
**Nation of 1st Publication:**   United States

## Author

- **Author:**   James Elist
   **Author Created:**   entire motion picture
**Work made for hire:**   No
   **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   James Elist
8500 Wilshire Blvd, Suite 707, Beverly Hills, CA, 90211, United States

## Limitation of copyright claim

**Material excluded from this claim:**   preexisting music

**New material included in claim:**   all other cinematographic material

## Rights and Permissions

**Name:**   James Elist
**Telephone:**   (310)652-2600

## Certification

**Name:**   James Elist

Page 1 of 2

Date:  February 09, 2020

IMD_002171