Ryan G. Baker (Bar No. 214036)
  rbaker@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
  smalzahn@waymakerlaw.com
Brian Grace (Bar No. 307826)
  bgrace@waymakerlaw.com
Emily Stierwalt (Bar No. 323927)
  estierwalt@waymakerlaw.com
WAYMAKER LLP
777 S Figueroa Street, Suite 2850
Los Angeles, California 90017
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL MEDICAL DEVICES, INC.; et al., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT CORNELL, MD, an individual; et al., <br><br> Defendant. | Case No. 2:20-cv-03503-CBM (RAOx) <br><br> **DECLARATION OF JONATHAN ELIST IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION** <br><br> Judge:   Hon. Consuelo B. Marshall <br><br> Date: October 12, 2021 <br> Time: 10:00 a.m. <br> Courtroom: 8B |

# DECLARATION OF JONATHAN ELIST

I, Jonathan Elist, declare as follows:

1.     I submit this declaration in support of plaintiffs International Medical Devices, Inc. ("IMD"), Menova International, Inc. ("Menova") and James Elist, MD's (collectively, "Plaintiffs'") Motion for Summary Adjudication in the above-captioned matter. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently thereto.

2.     I am CEO of plaintiff IMD, the exclusive distributor of Penuma. Penuma is the first and only cosmetic penile implant cleared by the FDA. My father, Dr. James Elist ("Dr. Elist"), invented Penuma and is the inventor of numerous patents protecting the design for Penuma. Dr. Elist is the President of IMD. IMD distributes Penuma to authorized surgeons. Authorization involves approval by IMD following the completion of various training protocols.

3.     I am a resident of Los Angeles, California. As CEO of IMD, I work primarily at IMD's Beverly Hills office. The IMD office, located at 8500 Wilshire Boulevard # 707, Beverly Hills, CA 90211, is where IMD's confidential trade secrets are maintained. The Beverly Hills South Pacific Surgery Center, located at 99N La Cienega Boulevard Suite 102, Beverly Hills, CA 90211, is where Dr. Elist primarily performs Penuma implant procedures. The Beverly Hills South Pacific Surgery Center is also where surgeons interested in receiving authorization to implant Penuma typically come to observe Dr. Elist perform the Penuma implant procedure as part of the required training.

4.     Since January 2016, IMD has continuously used the name "Penuma" in commerce to refer to the subcutaneous silicone penile implant invented by Dr. Elist.

5.     Beginning in 2017, IMD recruited several urologists to serve as Penuma advisory board members. With the help of these board members, IMD created a training program for surgeons to become certified Penuma implanters. One of those board members was Dr. Run Wang.

**CORNELL'S PENUMA TRAINING AND USE OF THE PENUMA MARK**

6.     On March 30, 2018, Dr. Robert J. Cornell ("Dr. Cornell") visited the Beverly Hills South Pacific Surgery Center in Beverly Hills, California, to observe Dr. Elist perform Penuma implant procedures. This was Dr. Cornell's first step of Penuma training. Dr. Cornell was accompanied by Duncan Louie, a regional manager of Gesiva Medical, LLC ("Gesiva"). Gesiva is IMD's sole contracted distributor for Penuma. All Gesiva employees, including Louie, are subject to a confidentiality agreement protecting IMD's confidential information.

7.     IMD requires all surgeons visiting for Penuma training to sign a non-disclosure agreement upon arrival to the surgery center. IMD created the non-disclosure agreement for Dr. Cornell's visit in advance and provided it to the surgery center receptionist with instructions to require that Dr. Cornell sign it upon arrival. That is standard protocol for all surgeons visiting for Penuma training. It is my understanding that Dr. Cornell signed the non-disclosure agreement that morning. Under the non-disclosure agreement, Dr. Cornell was forbidden from sharing any confidential information obtained from IMD or Gesiva, including the Penuma Instrument and Supply List, without IMD's consent. Attached as **Exhibit A** is a true and correct copy of a Tweet from Dr. Cornell's Twitter account recounting his Penuma training visit that I saved on November 14, 2019.

8.     Dr. Cornell observed Dr. Elist perform four Penuma implant procedures throughout the day of March 30, 2018. Between procedures, Dr. Cornell waited in the front office. During the breaks, I periodically stopped by to see how Dr. Cornell's visit was going. Our conversation focused mostly on the Penuma procedures Dr. Cornell had just observed. Dr. Elist also periodically stopped by to join the conversation. That was my first time meeting Dr. Cornell. I recall answering questions from Dr. Cornell regarding Penuma's FDA 510(k) applications. I also recall Dr. Cornell asking me about our patent portfolio and asking Dr. Elist and me about potential design changes that would be incorporated in the future. Dr. Elist

1   and I answered Dr. Cornell's questions; I recall Dr. Elist discussing the

2   incorporation of internal pockets and mesh tabs with Dr. Cornell. At no point during

3   the day did I discuss marketing or plans for advertising Penuma with Dr. Cornell;

4   nor did I ever authorize Dr. Cornell to use the Penuma mark on his website or in any

5   Google Ads. I also did not hear Dr. Cornell discuss marketing or use of the Penuma

6   mark with Dr. Elist or Louie.

7        9.      Towards the end of June 2018, I learned Cornell was advertising

8   Penuma on his website (www.urosurgeryhouston.com), despite never receiving

9   authorization to use the Penuma trademark on his website or elsewhere. In fact,

10  Cornell's website included a page promoting himself as a "Penuma Penile

11  Enhancement Specialist." That page falsely claimed, "Dr. Cornell provides Penuma

12  penile enhancement surgery." It also falsely claimed, "[u]sing medically cleared

13  silicone implants, Dr. Cornell has helped change the lives of many men after just

14  one simple in-office procedures." Cornell had not completed his Penuma training

15  and was not approved by IMD to purchase or use Penuma. Cornell had not

16  requested and not received any authorization to reference Penuma on his website or

17  in any other marketing material. Attached as **Exhibit B** is a true and correct copy of

18  a June 25, 2018 printout of Cornell's website (www.urosurgeryhouston.com) I

19  accessed on that date.

20       10.     On June 25, 2018, I sent Cornell a cease-and-desist email entitled

21  "Unauthorized Penuma Advertisement" to the email address listed on his website,

22  drcornell@urosurgeryhouston.com. In that email, I demanded Cornell immediately

23  take down any Penuma-related content from his website and that he cease and desist

24  from posting any future Penuma-related content on his website or elsewhere or from

25  making representations regarding Penuma until IMD specifically authorized him to

26  do so in writing. I understand Cornell has acknowledged receipt of this email. A true

27  and correct copy of my June 25, 2018 email is attached as **Exhibit C**.

28

11.     On August 4, 2019, after I learned his website continued to reference Penuma, I sent Cornell a second cease and desist email. IMD had received messages from confused potential patients asking if Cornell offered Penuma at his clinic in Houston. I reviewed Cornell's website and found a page that stated Cornell offered Penuma. The page also included incorrect and misleading information about Penuma and the Penuma implant procedure. I demanded that Cornell either take down the page or correct the information and clarify that he does not offer Penuma. On August 5, 2019, Cornell responded by claiming he made it a priority to take down references to Penuma after my initial request and that he would again request that his marketing team completely remove any reference to Penuma from his website. A true and correct copy of this August 4 and August 5, 2019 email correspondence is attached as **Exhibit D**. (Bates numbers have been added, as these materials were produced in this litigation).

12.     Following my second cease and desist email to Cornell, Dr. Elist's clinic continued to receive messages from potential patients inquiring about Cornell and Penuma. Dr. Elist's clinical employees notated in the clinic's system each time a patient expressed any confusion regarding Cornell and his offering of the Penuma implant. In January 2020, I found that Cornell's website continued to include references to Penuma and claim that he performs Penuma procedures. For instance, Dr. Cornell's website stated, "Ventral phalloplasty genital contouring is a technically simple procedure that Dr. Cornell often performs in conjunction with Penuma penile enhancement surgery to increase penile length or girth. However, Dr. Cornell also offers standalone ventral phalloplasty procedures in some cases." Attached as **Exhibit E** is true and correct copy of a January 15, 2020 printout I made of Cornell's website (www.urosurgeryhouston.com). This document was previously submitted as Exhibit I to the Complaint in this action (Dkt. 1 at pp. 257-60).

13.     Based on my periodic review of Cornell's website, Cornell continued to misrepresent himself by stating on his website that he often performed genital contouring "in conjunction with Penuma penile enhancement surgery" until at least April 2020. This action was filed April 15, 2020.

14.     In late 2020, through documents produced in this lawsuit, I learned that Dr. Cornell sent a copy of the confidential Penuma Instrument and Supply List to an individual he hired to work on his competing Augmenta cosmetic penile implant. This was done without IMD's consent. Dr. Cornell received the confidential Penuma Instrument and Supply List from Gesiva as part of his Penuma training.

15.     I am not aware of when Dr. Cornell decided to not complete his Penuma. However, Dr. Cornell never returned a copy of the Penuma Instrument and Supply List to either me or IMD. It is my understanding that Dr. Cornell destroyed all copies of the Penuma Instrument and Supply List in or about February 2021, pursuant to this Court's order.

## CLAVELL'S USE OF THE PENUMA MARK

16.     Through searches for Penuma online, I learned that Dr. Jonathan Clavell's website (www.houstonmenshealth.com) included an unauthorized reference to Penuma. On the page describing ventral or cosmetic phalloplasty, Clavell's website stated "[t]his procedure is a simple procedure that can be made in conjunction with penile implant surgery, penis enlargement procedures, such as Penuma, or can be performed on its own." Attached as **Exhibit F** is a true and correct copy of an April 13, 2020 printout I made of Clavell's website (www.houstonmenshealth.com). This document was previously submitted as Exhibit J to the Complaint (Dkt. 1 at pp. 261-62).

## GOOGLE SEARCH RESULTS FOR "PENUMA HOUSTON"

17.     I also found that by searching on Google for "Penuma Houston," paid advertisements for Cornell's website (www.urosurgeryhouston.com) appeared. The advertisements read "Robert J. Cornell, MD PA – Penuma Houston."  Cornell did

not have authorization to advertise on Google using the Penuma mark. In fact, I had previously demanded twice that he not use the Penuma mark in any advertising without IMD's consent. Furthermore, the first page of organic search results included results for the pages of both Cornell and Clavell's websites that referenced Penuma without authorization. These advertisements and search results on Google continued after the Complaint in this action was filed, on April 15, 2020. Attached as **Exhibit G** are true and correct copies of printouts I made on April 27, 2020, reflecting Google search results for the search terms "Penuma Houston" (Bates numbers have been added, as these materials were produced in this litigation).

## POTENTIAL PENUMA CUSTOMER CONFUSION AND DIVERSION

18.    In early June 2020, I learned of a Penuma patient, John M.,[1] who had previously met with Cornell on two occasions. I am informed that John M. found Cornell online through Cornell's Penuma advertisements and met with Cornell to discuss Penuma. John M. was shown a prototype of the Augmenta device and placed on an Augmenta waiting list for over a year. I understand that after waiting over a year, John M. received a Penuma implant from an authorized Penuma surgeon.

19.    I understand that Dr. Cornell created and maintained potential patient waiting list of individuals for his Augmenta cosmetic penile implant and that many individuals remain on that list.

## DR. WANG'S WORK WITH IMD

20.    In my role with IMD, I assisted in recruiting doctors for the Penuma advisory board and ensuring that each consultant signed a consulting services agreement. Thus, when Dr. Run Wang was engaged by IMD in October 2017, I

---

[1] For HIPAA and other confidentiality reasons, the patient is referred to herein as John M. However, I understand that the patient's full name was disclosed to Defendants in during discovery.

signed his Consulting Services Agreement on behalf of IMD. I later signed the amendment to that agreement. A true and correct copy of the Dr. Wang's Consulting Services Agreement with IMD and the Amendment to that agreement are attached as **Exhibits H** and **I**, respectively.

21.     I met Dr. Wang for the first time at the Penuma advisory board meeting on October 25, 2017, in San Antonio, Texas, after Dr. Wang became a Penuma advisory board member.

22.     Dr. Wang was considered an experienced urologist. He offered consulting support on many areas for Penuma, including patient protocols, IMD's surgeon training process, protocols for clinical research on Penuma, and co-authoring Penuma studies. Dr. Wang also observed Penuma cases in Beverly Hills on January 19, 2018, April 26, 2018, and July 30, 2019. Attached as **Exhibit J** is a true and correct copy of an email from me to Gesiva's president Tom Hopper regarding payment of certain expenses for Dr. Wang's January 2018 trip to Beverly Hills.

23.     I also visited Dr. Wang in Houston when Dr. Elist proctored a Penuma case in Dr. Wang's operating room on April 17, 2019. This is the same day that Dr. Wang became an authorized Penuma implanter.

24.     As a trusted consultant and advisor to IMD with many functions, Dr. Wang had access to significant confidential information related to Penuma. This included a confidential set of surgical notes that I emailed to Dr. Wang on July 30, 2019, access to draft versions of research protocols, and draft versions of Penuma articles, among other things. A true and correct copy of the July 30, 2019 email in which I sent Dr. Wang the confidential Penuma surgical notes is attached as **Exhibit K**.

25.     Under both agreements, Dr. Wang was entitled to certain payments. Dr. Wang was paid $1,000 on November 6, 2017, for his attendance at the Penuma advisory board meeting and $2,500 for observing Penuma cases on April 26, 2018.

1  IMD reimbursed Dr. Wang $67.51 for travel expenses and directly paid $489.50 for

2  a hotel and airfare related to his January 19, 2018 trip to Beverly Hills. IMD also

3  reimbursed Dr. Wang $476.27 for travel expenses and directly paid $250.09 for a

4  hotel for Dr. Wang's April 26, 2018 trip to Beverly Hills.

5      26.    On September 3, 2019, Dr. Wang e-mailed me a one-page document

6  that had both his signature, as well as the signature of Dr. Cornell. I did not

7  recognize the document. The one-page document did not have any reference to

8  Penuma or Augmenta on it. When I asked Dr. Wang if the e-mail was meant for

9  someone else, he stated "Sorry. Mistake." I later learned that that document was

10 meant to finalize Dr. Wang's 1% stake in Augmenta. Despite having several

11 opportunities to do so, Dr. Wang never told anyone at IMD, including me, about his

12 involvement with Augmenta prior to the filing of this complaint. Even in February

13 2020, when Dr. Elist contacted Dr. Wang regarding Dr. Wang's name appearing as

14 CEO on the Augmenta website, Dr. Wang did not disclose his involvement with

15 Augmenta.

16              **COPYRIGHT**

17     27.    IMD has worked with contracted support for the creation of several

18 informational videos that play a key role in IMD's marketing efforts for Penuma.

19 Some of these videos include original animations that help explain Penuma, the

20 implant procedure, and other information that potential or actual patients have

21 interest in. One such animated video was commissioned by IMD in October 2014

22 and demonstrated a simplified version of the Penuma implant procedure, including

23 an animated anatomical image of a penis depicting the placement of a Penuma

24 implant following implantation. I understand that the imagery associated with that

25 particular video is unique, since the placement of a cosmetic penile implant directly

26 under the penile skin is novel and unique. Rather than develop their own original

27 content to depict the use of a penile cosmetic implant under the penile skin, it is my

28

understanding that Cornell, Mische, and Nichols used IMD's imagery. They were not authorized to do that.

28.     It is my understanding that on January 3, 2019, defendants Cornell, Hans Mische, and David Nichols used a still image copied from the October 2014 Penuma video in two of their patent applications for the Augmenta implant. The image they copied is an animated penis that shows where the Penuma is placed following the implant procedure. This helps potential patients understand the location of a Penuma implant in an easy-to-understand way. Cornell, Mische, and Nichols used it to similarly depict implantation of the Augmenta implant.

29.     In February 2020, at the direction of Dr. Elist, I applied for copyright registration for the October 2014 Penuma animated video. The Copyright Office granted certification with a registration effective date of February 9, 2020.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of September 2021, at Los Angeles, California.


_____
Jonathan Elist

# J. Elist Exhibit A



Tweet

**Robert J. Cornell MD**
@EDDocRob

Appreciate @drelist sharing his #Penuma penile implant technology with me yesterday. The decision to welcome the nation's few dedicated prosthetic urologists to offer this surgical solution for aesthetic complaints has created an exciting discipline of #CosmeticUrology.

11:40 AM · Mar 31, 2018 · Twitter for Android

Search Twitter

**Relevant people**

**Robert J. Cornell MD** Follow
@EDDocRob
Dr. Robert J. Cornell is a board-certified general adult and prosthetic urologist and Men's Health radio host practicing in downtown Houston.

**Dr. James Elist** Follow
@drelist
Urologist in private practice since 1982, specializing in Male Sexual Dysfunction, Impotency, Infertility, and Male Enhancement Surgeries.

**Trends for you**

**Vicente Fernandez**

**#FORDvFERRARI**
In Theaters Tonight
Promoted by FORD v FERRARI

**Pouncey**

**#ThursdayNightFootball**

**#TheGoodPlace**

Show more

Terms Privacy policy Cookies Ads info
More
© 2019 Twitter, Inc.

IMD_000082

# J. Elist Exhibit B



Home    Meet Dr. Cornell    Services    Blog    Forms    Concierge    Testimonials    Contact

 Map     Book Online



**Robert J Cornell, MD, PA**
Urologist located in Houston, TX

# Penuma Penile Enhancement Specialist

Are you looking to add inches or girth to your penis? Dr. Robert J. Cornell offers safe, effective Penuma penile enhancement surgery at his Houston office. With one simple procedure, you can gain permanent, natural-looking aesthetic results to add size. For many men, more size boosts self-confidence and changes lives for the better. To learn more about this procedure, call or use the online booking tool and schedule a consultation with Dr. Cornell today.

📞 281-607-5300      [ BOOK ONLINE ]

Robert J Cornell, MD, PA   ›   Penuma Penile Enhancement     Like 0   Share     Tweet   Save

# Penuma Penile Enhancement Q & A

### What is Penuma penile enhancement?

Adding length or girth to your penis can often boost your self-esteem and improve your sexual performance. Dr. Cornell provides Penuma penile enhancement surgery, the best method to permanently and safely increase the size of your penis. Using medically cleared silicone implants, Dr. Cornell has helped change the lives of many men after just one simple in-office procedure.

### How does Penuma penile enhancement work?

Prior to your Penuma penile enhancement surgery, Dr. Cornell meets with you to evaluate whether penile enhancement is right for you. He reviews your medical history, performs a thorough physical exam, and asks you a series of health-related questions.

For the surgery itself, you will be under anesthesia for the entire procedure, which takes no more than an hour. Dr. Cornell uses implants made of soft, medical-grade silicone customized for you.

Dr. Cornell makes a small horizontal incision in the pubic region just above your penis. He inserts the silicone implant through the incision and into your penis.

Typically after Penuma penile enhancement surgery, you will spend at least one night in the hospital. You can urinate after surgery without problems, and you can resume having sex after 4-6 weeks. Following your surgery, Dr. Cornell maintains follow-up with you to closely monitor your progress and ensure you heal fully.

EXHIBIT
0024

IMD-00



Home   Meet Dr. Cornell   Services   Blog   Forms   Concierge   Testimonials   Contact


Map


Book Online



## What are the benefits of Penuma penile enhancement?

There are a variety of benefits you will experience after Penuma penile enhancement, including:

- Increased penile girth
- 1.5-2.5 inches in added penile length
- Progressive growth beyond initial gains
- Decreased premature ejaculation
- Improved sexual performance
- Natural appearance both while flaccid and erect

Unlike other penile enhancement methods that provide temporary improvements or even damage to your genitals, Penuma penile enhancement helps you secure permanent results.

## Is Penuma penile enhancement safe?

Yes. When performed by a board-certified urologist like Dr. Cornell, Penuma penile enhancement is a safe, effective way to increase your penis size. As is the case with any surgical procedure, there are potential risks involved, such as complications with anesthesia or infection. Dr. Cornell can answer any questions you may have and address concerns during your consultation visit.

To find out if you may be a good candidate for Penuma penile enhancement, call or schedule an appointment online today.

BOOK ONLINE

---

## Insurance

If you have any questions regarding insurance providers, please call our office.



IMD-000586



Home    Meet Dr. Cornell    Services    Blog    Forms    Concierge    Testimonials    Contact


Map

📅
Book Online

**LOCATION**

Robert Cornell, MD, PA

1315 St. Joseph Parkway, Suite 1700

Houston, TX 77002

Phone: 281-607-5300

Fax: (713) 654-4056

**OFFICE HOURS**

| | |
|---|---|
| Monday | 8:30 am - 5:00 pm |
| Tuesday | 8:30 am - 5:00 pm |
| Wednesday | 8:30 am - 5:00 pm |
| Thursday | 8:30 am - 5:00 pm |
| Friday | 8:30 am - 5:00 pm |
| Saturday | Closed |
| Sunday | Closed |

**GET IN TOUCH**

📞 281-607-5300

BOOK ONLINE

Privacy Policy    Terms & Conditions    Contact Us

Robert J Cornell, MD, PA, Houston, TX

Phone (appointments): 281-607-5300    |    Phone (general inquiries): 713-652-5011

Address: 1315 St. Joseph Parkway, Suite 1700, Houston, TX 77002

5 / 5    ★★★★★

(6 reviews)

IMD-000587

J. Elist Exhibit C

 Gmail                                                    **Jonathan Elist <jonathan.elist@gmail.com>**

## Unauthorized Penuma Advertisement

**Jonathan Elist** <jelist@intlmeddevices.com>                              Mon, Jun 25, 2018 at 7:14 PM
To: drcornell@urosurgeryhouston.com
Cc: James Elist <drelist@drelist.com>

Dear Dr. Cornell:

I hope you are well.

I'm contacting you today regarding the unauthorized Penuma advertisement on your website (https://www.
urosurgeryhouston.com/services/penuma-penile-enhancement). We were surprised, disappointed, and dismayed to see
this page.

While we appreciate your enthusiasm for this new therapy, your unauthorized use of our trademark and your unauthorized
advertising could significantly compromise our planned efforts and could result in legal liability not only for you, but also
for International Medical Devices. Moreover, some of the claims you make regarding Penuma on the site are inaccurate.
Finally, the patient scheduling tool on the page only creates confusion for patients regarding the potential timing of any
roll-out.

Overall, neither the use of the trademark nor permission to advertise Penuma nor the accuracy of the claims made nor
the timing of when Penuma may be offered in your clinic were discussed with International Medical Devices in advance.
This is unacceptable to us.

We therefore demand that you immediately take down any Penuma-related content from your website (in no case later
than Wednesday, June 27) and that you cease and desist from posting any future Penuma-related content on your
website or elsewhere or from making any representations regarding Penuma, International Medical Devices, or your
standing and/or relationship with the same until you are specifically authorized to do so in writing by International Medical
Devices. Failure to comply with the foregoing demand will leave us with no alternative but to refer this matter to our legal
counsel.

Please confirm receipt of this letter at your earliest convenience, and please let me know if you have any questions.

Thank you,
Jon

EXHIBIT

0025

IMD_0…

J. Elist Exhibit D

**From:** Jonathan Elist
**Sent:** Tuesday, August 6, 2019 12:05 AM
**To:** robertjcornell@yahoo.com
**Subject:** RE: Penuma on Cornell Clinic Site

Thank you for taking care of this so quickly. It is much appreciated. I'm happy to discuss Penuma with you directly at any point to the extent that you continue to be interested.

**From:** Robert J. Cornell, M.D. <robertjcornell@yahoo.com>
**Sent:** Monday, August 5, 2019 5:53:06 AM
**To:** Jonathan Elist <jelist@intlmeddevices.com>
**Subject:** Re: Penuma on Cornell Clinic Site

Jon,

I made it a priority to take down any references to Penuma upon your initial request and I have not knowingly approved any subsequent reference to the device or procedure on any of my sites.

I'm unclear what you mean by 'extremely damaging', as I have not performed any Penuma procedures and informed your sales rep months ago that the terms of future use as they were described to me were not acceptable.

I will again request that my marketing team completely remove from my website any reference to suggest that I am or will be offering the Penuma device and will confirm that this has been and remains done.

Robert

Sent from Yahoo Mail on Android

On Sun, Aug 4, 2019 at 10:14 PM, Jonathan Elist <jelist@intlmeddevices.com> wrote:

Dear Dr. Cornell:

I hope all is well. I know you met with Dr. Wilson a few months ago who, as you know, has been a consultant for Penuma. On the Penuma front, we've been continuing training of our first, small set of advisors, and we hope to begin wider commercial expansion sometime next year though the timeline is unclear.

We have been receiving some confusing inquiries from potential patients about Penuma being offered at your clinic. We understand you took down two pages on your website that discussed Penuma; however, this page continues to be active since at least April 10, 2018: https://www.urosurgeryhouston.com/blog/how-does-a-penile-implant-work. As you will see

IMD_000008

below, both the presence and the content of the page are extremely problematic and have been quite damaging.

We would respectfully ask that you either take down this page, or alternatively, that you make the following changes:
- Please clarify that you may offer the procedure in the future (currently, the site says that you would begin offering it in June and that you "now offer" it)
- Please clarify that sexual activity must be abstained for at least 6 to 8 weeks though it may be longer depending on individual patient healing progression
- Rather than discuss length enhancement, please clarify that the device can enhance the "appearance of length"
- Please clarify that the procedure is conducted under general anesthesia, not a "local anesthetic"
- Please clarify that patients cannot under any circumstances pick their own size of the implant. The size must be selected by the surgeon at his/her sole and absolute discretion based on patient safety
- The average changes are closer to 1 to 2 inches, not 1.5 to 2.5 inches
- Please clarify that potential complications, risks, benefits, and alternatives, including no surgery, will be discussed well in advance with the patient
- Please refer patients to Penuma.com as it contains the latest information about the device

These statements that your clinic has made on your website regarding a Penuma are extremely problematic and were not coordinated with IMD. Therefore, we'd ask that you make these changes and/or remove the page altogether.

Please let me know if you have any questions. Please also confirm receipt of this note.

Thank you,

Jon

J. Elist Exhibit E



Home    Meet Dr. Cornell    Services    Blog    Forms    Concierge    Testimonials    Contact


Map


Book Online



### Robert J Cornell, MD, PA
Urologist located in Houston, TX

# Ventral Phalloplasty Genital Contouring Specialist

In some cases, a man's scrotum can cover part of the underside of the penis, making it look smaller than it is. Dr. Robert J. Cornell offers ventral phalloplasty genital contouring procedures at his Houston office that help correct this aesthetic issue, giving you the appearance of a larger penis. Ventral phalloplasty procedures offer permanent cosmetic results with a high success rate. If you're unhappy with the appearance of your scrotal skin and penis, call or schedule a consultation with Dr. Cornell online to learn more.

📞 281-607-5300                    BOOK ONLINE

---

Robert J Cornell, MD, PA  >  Ventral Phalloplasty Genital Contouring          Like 0      Share          Tweet      Save

## Ventral Phalloplasty Genital Contouring Q & A

### What is ventral phalloplasty genital contouring?

Ventral phalloplasty is a surgical genital contouring procedure that can give you the visual impression of a larger penis. When your scrotal skin attaches to the underside of your penis shaft, it can form a triangle-shaped flap that covers part of your penis, making it look smaller. With ventral phalloplasty, Dr. Cornell surgically removes excess scrotum skin.

This cosmetic procedure can improve the look of your penis and help boost your self-confidence with a penis that appears larger and better-looking scrotum.

Ventral phalloplasty genital contouring is a technically simple procedure that Dr. Cornell often performs in conjunction with Penuma penile enhancement surgery to increase penile length or girth. However, Dr. Cornell also offers standalone ventral phalloplasty procedures in some cases.

### How does ventral phalloplasty genital contouring work?

First, during a consultation visit, Dr. Cornell reviews your medical history and performs a thorough physical exam to make sure you are a good candidate for a ventral phalloplasty.

During the procedure, Dr. Cornell prepares the treatment area with shaving and standard skin preparatory techniques using an



Home   Meet Dr. Cornell   Services   Blog   Forms   Concierge   Testimonials   Contact

 Map    Book Online



alcohol-based topical solution. You are put under anesthesia for the duration of your surgery.

He holds your scrotal skin taut and makes a checkmark-shaped incision on the frontal scrotal skin near the shaft of your penis. He then uses special surgical tools to remove some of the scrotal skin outlined by the incision and stitches up the resulting wound carefully.

## Is ventral phalloplasty genital contouring safe?

Dr. Cornell provides safe ventral phalloplasty with minimal chance of risk or side effects. However, as is the case with any surgical procedure, you may experience complications, like an infection at the incision site or problems with anesthesia. If you experience more serious side effects, which are very rare after ventral phalloplasty, let the office know right away.

During your pre-operative visits, Dr. Cornell can answer all of your questions and address any concerns you might have about the procedure. To schedule your consultation with Dr. Cornell and discuss ventral phalloplasty genital contouring, call or use the online booking tool today.

BOOK ONLINE

## Insurance

If you have any questions regarding insurance providers, please call our office.

View full list of companies



Houston, TX 77002

Phone: 281-607-5300

Fax: (713) 654-4056

| | |
|---|---|
| Wednesday | 8:30 am - 5:00 pm |
| Thursday | 8:30 am - 5:00 pm |
| Friday | 8:30 am - 5:00 pm |
| Saturday | Closed |
| Sunday | Closed |

BOOK ONLINE

---

Privacy Policy    Terms & Conditions    Contact Us

Robert J Cornell, MD, PA, Houston, TX

Phone (appointments): 281-607-5300    |    Phone (general inquiries): 713-652-5011

Address: 1315 St. Joseph Parkway, Suite 1700, Houston, TX 77002

**4.96** / 5    

(26 reviews)

J. Elist Exhibit F

# Cosmetic Phalloplasty in Houston, TX
## What is a Ventral or Cosmetic Phalloplasty?

A ventral phalloplasty is a cosmetic procedure that gives the visual impression of a longer penis. Many men have their scrotal skin attached to the underside of the penile shaft which creates a triangle-shaped flap that covers part of the penis, also known as scrotal webbing. Scrotal webbing makes the impression of a shorter penis. The ventral phalloplasty removes the extra scrotal skin and makes the penis look longer.

This procedure is a simple procedure that can be made in conjunction with penile implant surgery, penis enlargement procedures, such as Penuma, or can be performed on its own.

Book Your Appointment Online                                Or Call (713) 652-5011

## Am I a Candidate for the Procedure?

Dr. Clavell will review your medical history and perform a physical exam to evaluate how much excess scrotal skin is covering your penis.

## Is it Safe?

The ventral phalloplasty is well-known to be a safe procedure in the hands of an expert. Although the most common complication is infection, Dr. Clavell will administer IV antibiotics prior to your procedure to avoid this complication.

## Recovery After Your Procedure

If the ventral phalloplasty is being performed in addition to another procedure, such as penile implant surgery, the recovery will be similar to the other procedure's recovery. When done in adjunct to penile implant surgery, performing the ventral phalloplasty will not delay your healing time. When done alone, the incision takes anywhere between 1 to 3 weeks to heal. You should be able to resume your regular activities within 1 week.

## Why Choose Dr. Clavell?

Dr. Clavell is fellowship-trained in sexual medicine and reconstructive surgery in complex penile cases. He is highly skilled and pursues excellence in all of his procedures to maximize a cosmetic result while minimizing complications. We invite you to call our office and book an appointment today.

J. Elist Exhibit G



 

penuma houston        ✕        🔍

ALL        IMAGES        NEWS        VIDEOS        MAPS        S

**Ad** · www.urosurgeryhouston.com/        

# Robert J. Cornell, MD PA - Penuma Houston

If Your ED Isn't Responding To Other Treatment, You May Be An Implant Candidate. State-Of-The-Art Care. Minimally Invasive Expert. 15+ Years Of Experience. Online Booking. Board Certified Urologist.

Reviews & Testimonials

Contact Us

Concierge Services

Meet Dr. Cornell

IMD-000573



penuma houston

All    Images    News    Videos    Shopping    More          Settings    Tools

About 25,100 results (0.53 seconds)

**Ad** · www.urosurgeryhouston.com/ ▾    (281) 607-5212

Robert J. Cornell, MD PA - Penuma Houston

If Your ED Isn't Responding To Other Treatment, You May Be An Implant Candidate. Minimally Invasive Expert. 15+ Years Of Experience. Online Booking. State-Of-The-Art Care. Board Certified Urologist. Services: Penile Implants, Erectile Dysfunction, BPH.

1315 St Joseph Pkwy Suite 1700, Houston, TX - Hours & services may vary

Reviews & Testimonials                      Meet Dr. Cornell
Our patients love us!                        Specializing in minimally invasive
Read reviews & testimonials here.            urology treatment options.

P  penuma.com ▾

Penuma

**Penuma**® is the first FDA-cleared penile implant for enhancement. Developed by Board-certified urologists, successfully implanted in many men since 2004.

About · Advantages · Photos · Press

E  www.drelist.com › about › areas-we-serve › houston ▾

Houston Penis Enhancement | Dr. James Elist

Penis Enlargement for **Houston** Patients ... Perfectly safe to use, **Penuma**® Implants have transformed the lives of hundreds of thousands of men, helping them ...



People also ask

How much does the Penuma implant cost?                    ⌄

How much does Penuma increase size?                       ⌄

Is Penuma covered by insurance?                           ⌄

Is the Penuma implant safe?                               ⌄

                                                    Feedback

Ⓝ  www.nature.com › international journal of impotence research › editorials

Patient selection protocol for the Penuma® implant: suggested ...

by JJ Elist - 2020

Feb 6, 2020 - **Penuma** is a soft silicone, subcutaneous penile implant indicated for ... of Texas Health Science Center, McGovern Medical School, **Houston**, ...

www.urosurgeryhouston.com › services › penile-implants ▾

Penile Implants Specialist - Houston, TX: Robert J Cornell, MD ...

Located in downtown **Houston**, Dr. Robert J. Cornell is one of the nation's foremost prosthetic urologists. He offers several types of penile implant surgeries and ...

www.huffpost.com › entry › fda-approved-penis-implant-penuma-elis... ▾

Introducing The Penis Enlargement Implant That 1,300 Men ...

Jan 29, 2016 - James Elist's **Penuma**, which comes in sizes L, XL and XXL, is a silicone sleeve that's inserted under the skin of a man's penis to make it longer ...

texaspenilesurgery.com ▾

Texas Penis Enlargement – Houston Cosmetic Surgeon

**Houston** Penis Enlargement Surgery - **Houston** Cosmetic Surgeon - Dr Capriotti - Penis Lengthening & Widening - Phalloplasty.

No Related Results in your note

IMD-000576

🖋 houstonmenshealth.com › procedures › ventral-phalloplasty ▾

### Ventral Phalloplasty in Houston, TX | Urologist - Jonathan ...

A ventral phalloplasty is a cosmetic procedure that gives the impression of a longer penis and may be performed along with penis enlargement procedures.

▶ www.youtube.com › watch  ▾

### Penuma - YouTube

Dec 14, 2016 - Dave & Chuck the Freak talk about groundbreaking news in the world of penis enlargement for guys with small dongs.

👤 surgeo.com › penile-implant-robert-cornell-md-st-joseph-medical-cen... ▾

### Penile Implant Surgery | Clear Cost | Houston Texas | Surgeo

Inflatable or malleable prosthesis in **Houston**, Texas. Clear cost. Complications protection. Financing assistance. Doctor Robert Cornell, urological surgeon.

◉ drcapriotti.com › houston-cosmetic-surgery-men  ▾

### Penile Enlargement by Cosmetic Surgeon in Houston

Penis Enlargement Surgery - **Houston** Cosmetic Surgery Penile lengthening and penile widening are two cosmetic surgery options for men looking to improve ...

### Searches related to penuma houston

| | |
|---|---|
| penuma **surgery results** | penuma **doctors** |
| penuma **surgery video** | penuma **reddit** |
| penuma **cost** | penuma **uk** |
| penuma **size increase** | penuma **surgery near me** |

1  2  3  4  5  6  7     Next

---

**Downtown Los Angeles, Los Angeles, CA** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

IMD-000577

Center - Rejuvall

REJUVALL Permanent Penile Enlargements Texas: Dallas* Houston * San Antonio * Austin * Fort Worth * El Paso ...

 HuffPost › entry › fda-approve... ⚡

## Introducing The Penis Enlargement Implant That 1,300 Men Have ...

Jan 29, 2016 · James Elist's Penuma, which comes in sizes L, XL and XXL, is a silicone sleeve that's inserted under the ...

**Ad** · www.urosurgeryhouston.com/   ⓘ

## Robert J. Cornell, MD PA - Penuma Houston

If Your ED Isn't Responding To Other Treatment, You May Be An Implant Candidate. 15+ Years Of Experience. Online Booking. Minimally Invasive Expert. State-Of-The-Art Care.

Reviews & Testimonials      Our Blog      Contact Us

IMD-000580

J. Elist Exhibit H

# International Medical Devices, Inc.
# Consulting Services Agreement

**Effective Date: October 25, 2017**

**Parties:**

International Medical Devices, Inc                                                    **(Company)**
8500 Wilshire Blvd.
Suite 707
Beverly Hills, CA, 90211


Run Wang                                                                             **(Consultant)**
4108 Amherst St
Houston, TX 77005


**Recitals:**

A. Company manufactures medical devices used for the correction of cosmetic deformities of the penis ("Company Product").

B. Company requires the services of a qualified and experienced urologist to provide the consulting and other services described in Exhibit A ("Consulting Services") on an independent contractor basis.

C. Consultant has the appropriate and necessary qualifications and experience and desires to provide the Consulting Services to Company on an independent contractor basis.

In consideration of the foregoing and of the mutual agreements, covenants, terms and conditions contained herein, Company and Consultant agree as follows:

## Article 1
## Consulting Services

**Section 1.1  Consulting Services.**  At Company's written request, Consultant agrees to provide Company with the Consulting Services to provide assistance in developing strategies and tactics that may be used to educate providers about the Silicone Block Penile Implant and address challenges they may encounter when using the device - as defined in Exhibit A – Consulting Services

**Section 1.2  Excluded Activities.**  Without limitation, the following are activities that are not paid for under this Agreement and may not be included in a Consulting Services Quarterly Report described in Section 3.3 (collectively, "Excluded Activities"):

(a)     Services other than those described in Exhibit A.
(b)     Services not specifically requested by Company in writing.
(c)     Travel time not authorized by Company in writing.
(d)     Preparation of Consulting Services Quarterly Reports.
(e)     Activities paid for under any other Agreement with Company.
(f)     Patient care activities.
(g)     Acting as faculty at an educational conference or meeting sponsored by a third party.

**EXHIBIT**

**339**

IMD_000673

(h)   Promoting off-label uses of Company Products.

**Section 1.3  Performance Standards and Compliance.**

(a)   Consultant shall perform the Consulting Services to the best of Consultant's ability, experience and talents, and in accordance with: the generally accepted standards of Consultant's profession; all federal, state and local laws applicable to Consultant or Company, including, but not limited to, the federal health care program anti-kickback statute (42 U.S.C. §1320a-7b); and applicable provisions of the Advanced Medical Technology Association's Code of Ethics for Interactions with Health Care Professionals (the "AdvaMed Code").

(b)   Consultant shall notify Company promptly in the event that Consultant: is criminally convicted or found civilly liable for violating any federal, state and local laws, including, but not limited to, the federal health care program anti-kickback statute (42 U.S.C. §1320a-7b); has his license to practice any licensed profession in any state restricted, suspended, or otherwise limited; is excluded from participation in Medicare, Medicaid, or another Federal Health Care Program (as defined in 42 U.S.C. § 1320a-7b(f)), or from any federal contracting by the U.S. General Services Administration; is designated as a Specially Designated National or Blocked Persons by the Office of Foreign Asset Control of the U.S. Department of Treasury; or has or reasonably anticipates having a personal or professional conflict of interest that affects Consultant's ability to provide the Consulting Services.

## Article 2
## Term And Termination

**Section 2.1  Term.**  The Agreement commences on the Effective Date and expires October 24, 2018 (the "Term"), unless earlier terminated pursuant to Section 2.2.

**Section 2.2  Termination.**

(a)   Termination For Cause by Company.  Company may terminate this Agreement immediately, upon written notice to Consultant, for any of the following reasons:

　　1.   The occurrence with respect to Consultant of any of the events listed in Section 1.3(b).

　　2.   Consultant violates Company's policies or procedures, to the extent Company have informed Consultant of those policies or procedures.

　　3.   Consultant's material breach of this Agreement.

　　4.   Consultant does not promptly notify Company of the occurrence of any of the events referred to in Section 2.2(a)(1).

(b)   Termination For Cause by Consultant.  Consultant may terminate this Agreement immediately, upon written notice to Company, upon Company's material breach of this Agreement.

(c)   Termination Without Cause.  Either party may terminate this Agreement, with or without cause, upon at least thirty (30) days advance written notice of the termination to the other party.

**Section 2.3  Effect of Expiration or Early Termination and Survival.**  In the event of early termination of this Agreement, Company is obligated to pay only for the Consulting Services performed up to the effective date of such termination.  The provisions of Articles 3 through 9 survive the expiration or termination of this Agreement.

IMD_000674

**Article 3**
**Consulting Services and Payment**

**Section 3.1  <u>Rate of Payment</u>**.  As sole compensation for the Consulting Services, Company shall pay Consultant for each individual Consulting Engagement as defined in Exhibit A – Consulting Services for requested Consulting Services.

Any payments due are paid within thirty (30) days after Company receives a signed contract or an undisputed Consulting Services Report.  Notwithstanding anything to the contrary in this Agreement, Company has no obligation to make payments under this Agreement until and unless Consultant has completed and submitted a signed contract or an undisputed Consulting Services Quarterly Report to Company on a timely basis and in sufficient detail for Company to verify Consultant's performance of the Consulting Services for which compensation is requested.  Company reserves the right to withhold payment for any disputed Consulting Services.

**Section 3.3  <u>No Inducements or Payments in Excess of Legal Limits</u>**.  The parties acknowledge and agree that the compensation to be paid under this Agreement is consistent with fair market value in an arms-length transaction and is not intended, directly or indirectly, to compensate Consultant for purchasing, ordering, using, or recommending Company Products. The parties further acknowledge and agree that Consultant is not required to purchase, use, order, or recommend Company Products as a condition of this Agreement.

**Section 3.4  <u>Reimbursing Business-Related Expenses</u>**.  Company must approve all travel expenses in advance. Company shall reimburse Consultant for reasonable travel expenses related to the provision of Consulting Services as identified in Exhibit A – Consulting Services. Company will not reimburse Consultant for any unapproved travel or other expenses related to provision of Consulting Services.

**Section 3.5  <u>Taxes, Fees, and Levies</u>**.  Consultant acknowledges and agrees that any amounts received under this Agreement are gross of any taxes, fees, and levies of any nature whatsoever which may be imposed by any authority with jurisdiction over any amounts Consultant receives under this Agreement.  Consultant is solely responsible for the payment of any and all such taxes, fees and levies.

**Article 4**
**Confidentiality**

**Section 4.1  <u>Confidential Information</u>**.  Any information Consultant acquires from Company, including the terms of this Agreement, and any material, information, data, and devices developed in the course of performing the Consulting Services ("Confidential Information"), are or shall be Company's property and shall be maintained in the strictest confidence and not used by Consultant or disclosed to or used by any of Consultant's employees, agents or assistants, except as necessary to perform the Consulting Services.  Consultant must notify and educate any employees, agents, officers or assistants who have access to the Confidential Information about the requirements of this Section.  Consultant shall not disclose any Confidential Information to Consultant's agents, or to any other third party who is not an employee, without first obtaining the prior written consent of Company. The Consultant acknowledges that the Confidential Information that any disclosure or use of the Confidential Information except as provided in this Agreement may cause serious harm or damage to the Disclosing Party. The Consultant agrees to indemnify and hold the Company harmless from any and all loss, cost, damages, and expenses, including attorney's fees, arising from any unauthorized disclosure by the Consultant of any Confidential Information.

This provision does not apply to Confidential Information:

(a)     After it becomes publicly available through no fault of Consultant.
(b)     Later released by Company in writing.
(c)     Lawfully obtained from third parties without restriction.

IMD_000675

**Section 4.2  Return of Confidential Information.**  Upon the expiration or termination of this Agreement, or at any other time that Company so requests, Consultant shall return to Company all Confidential Information, as well as all copies, adaptations, and independent compilations in Consultant's possession, provided that Consultant may retain copies only as required by law.

**Section 4.3  Publications.**  Consultant shall submit any contemplated publication or presentation relating in any way to the matters or Consulting Services covered by this Agreement to Company for review at least sixty (60) days before submission or presentation, for Company's determination of whether Confidential Information is included.  If Company notifies Consultant within thirty (30) days after Company's receipt that such publication or presentation contains Confidential Information, Consultant shall delete what is reasonably identified as Confidential Information prior to any submission, publication, presentation, or other disclosure.

**Section 4.4  Individually Identifiable Health information.**  Consultant shall treat any Individually Identifiable Health Information received under this Agreement ("IIHI") confidentially and shall:

(a)    Disclose it only to those employees who have the need to know the IIHI in connection with the performance of the Consulting Services.

(b)    Use and disclose the IIHI only as required by law or in connection with the performance of the Consulting Services.

(c)    Implement reasonable safeguards to protect the confidentiality, integrity and availability of the IIHI.

(d)    Notify Company of any instances of which Consultant becomes aware in which the confidentiality of the IIHI has been breached.

In addition, at Company's request, Consultant shall enter into Company's then current standard HIPAA agreement for independent contractors.

## Article 5
## Ideas/Assignment

**Section 5.1  Ownership of Inventions Arising from the Consulting Services.**  Consultant assigns and agrees to assign to Company any ideas, inventions, improvements, or suggestions ("Inventions") arising from Consultant's performance of the Consulting Services, whether made alone or in conjunction with others.  Consultant shall disclose such Inventions fully to Company and help Company file for patents or seek other protection, at no cost to Consultant.  Consultant represents and warrants that Consultant has full right to assign the Inventions and that all persons that work for Consultant on the Consulting Services are bound by this Section and have the right to assign such Inventions to Company.

**Section 5.2  Ownership of Inventions Not Arising from the Consulting Services.**  Inventions not arising during the course of the performance of the Consulting Services remain Consultant's property and shall be disclosed to Company only if the parties have a separate agreement specifically pertaining to such disclosure.  Company may use all Inventions Consultant discloses to Company in the absence of such agreement for any purpose and without additional compensation.

## Article 6
## Copyrightable Materials

Copyrightable materials that Consultant develops under this Agreement are Company's property. Consultant assigns and agrees to assign such copyrightable materials to Company and agrees to provide without additional compensation such assistance as Company may reasonably request to establish or verify its right to the materials, including signing any documents required by the copyright statutes of this or any other country. Copyrightable materials are deemed as works made for hire, unless applicable law requires otherwise.

IMD_000676

**Article 7**
**Warranties and Covenants**

**Section 7.1  Authority and Conflicts of Interest.** The parties represent and warrant that they have full right and authority to enter into this Agreement under applicable law.  Consultant further represents and warrants that this Agreement does not violate Consultant's employer's conflict of interest policies or the conflict of interest policies of any other organization that applies to Consultant.  Consultant has full right and authority to enter into this Agreement under the rules of any institution where Consulting Services may be performed. Consultant has or shall provide any required notifications and secure any required approvals, administrative or governmental, for the Consulting Services.

**Section 7.2  Agents and Subcontractors.** Consultant warrants and represents that all of Consultant's employees, agents, subcontractors, and other associates whose services may be used to provide the Consulting Services or otherwise fulfill Consultant's obligations under this Agreement are or shall be appropriately informed of the terms of this Agreement and are under legal obligation to Consultant by contract or otherwise, sufficient to enable Consultant to fully comply with all provisions of this Agreement.

**Section 7.3  Restrictive Covenant.**  Consultant acknowledges that Consultant shall be given access to substantial and significant Company Confidential Information and trade secrets in order to allow Consultant to perform the Consulting Services, and agree that Company would suffer immediate and irreparable harm if such Confidential Information and trade secrets were disclosed to or used for the benefit of any of Company's competitors.  Accordingly, during the Term and for one (1) year after expiration or termination, Consultant shall not serve as a researcher, investigator, consultant, employee, or independent contractor of, or in any other way perform services to or for the benefit of, any third party regarding any of the areas involved in this Agreement or enter into any other agreement inconsistent with any term of this Agreement.

**Article 8**
**Independent Contractor**

**Section 8.1  Relationship of Parties.**  In performing this Agreement, the parties are, at all times, acting and performing as independent contractors.  Nothing in this Agreement shall be construed to create any partnership, joint venture, principal-agent, or employer-employee relationship between or among the parties.  Neither Consultant nor any of Consultant's agents, representatives, associates, or employees are Company's agents, representatives, or employees for any purpose including, but not limited to, workers' compensation insurance, unemployment insurance, social security insurance, federal, provincial and state taxes, and Company's employee benefits and coverage.

**Section 8.2  Liability for Taxes.**  In the event Company is found to be liable for the employer's or employee's share of any employment-related taxes, unemployment compensation, workers' compensation, or other similar taxes or charges associated with Consultant performing the Consulting Services or other aspects of this Agreement, Consultant shall repay Company for all such payments.

**Section 8.3  Control of the Consulting Services.**  Conduct and control of the Consulting Services lies solely with Consultant provided, however, that Consultant shall discuss the proper conduct of the Consulting Services with Company when appropriate.

**Section 8.4  Limitation on Authority.**  Except as explicitly permitted in this Agreement, Consultant may not incur any liability on Company's behalf nor bind Company to any contractual or payment obligation without Company's prior written consent.

IMD_000677

**Article 9**
**Miscellaneous**

**Section 9.1  Entire Agreement.**  This Agreement, including all Attachments specifically mentioned, constitutes the entire understanding between the parties relating to the subject matter of this Agreement, and supersedes all prior or contemporaneous discussions, representations, correspondence and agreements, oral or written, between the parties not included in this Agreement.

**Section 9.2  Amendments; Waiver.**  No amendments, changes, extensions, or modifications to this Agreement are valid and binding except if in writing and signed by the parties.  Waiver by a party of a breach or violation of any provision of this Agreement shall not operate as, or be construed to be, a waiver of any prior, concurrent or subsequent breach.  None of the provisions of this Agreement are considered waived by a party except when such waiver is given in writing.

**Section 9.3  Governing Law; Jurisdiction; Venue.**  This Agreement shall be construed and interpreted under and in accordance with the substantive laws of the State of California, without regard to conflicts of law principles.  Any action or proceeding arising under or relating to this Agreement shall be brought only in the courts of the State of California, County of Los Angeles, or, if it has or can acquire jurisdiction, in the United States District Court for the District of California.  The parties consent to the exclusive jurisdiction of such courts (and the appropriate appellate courts) in any such action or proceeding and waives any objection to venue.  Process in any action or proceeding referred to in the preceding sentence may be served on a party anywhere in the world.

**Section 9.4  Notice.**  Any notices required in this Agreement shall be in writing, shall be delivered in one of the following ways and deemed to have been received: (a) on the date delivered if delivered by hand or by email, (b) the next following business day after being sent if sent by Federal Express or other similar overnight courier, or (c) three (3) business days after mailing, postage prepaid, by certified mail, return receipt requested, to the party entitled to notice at the addresses set forth in the signature lines, or such other addresses as may be designated by a subsequent notice.

**Section 9.5  Severability.**  In the event any provision in this Agreement is held to be invalid or unenforceable, all other provisions of this Agreement are deemed severable and shall remain enforceable to the full extent permitted by law.

**Section 9.6  Agreement Validity.**  This Agreement is not valid or binding until executed by duly authorized representatives of each party.

**Section 9.7  Counterparts; Facsimile Signatures.**  This Agreement may be executed in counterparts, each of which are deemed an original, but which together constitute one and the same instrument.  Copies of signatures sent by facsimile transmission are deemed to be originals for purposes of execution and proof of this Agreement.

IMD_000678

**EXHIBIT A**

**CONSULTING SERVICES**


The specific Consultant being retained is Run Wang, MD, a urologist practicing in Houston, TX.

International Medical Devices, Inc. wishes to retain Dr. Wang to provide assistance in developing strategies and tactics that may be used to educate providers about the Silicone Block Penile Implant and address challenges they may encounter when using the implant. The Consultant is being retained to participate in an advisory board meeting of urology opinion leaders that will take place on October 25th, 2017 from 12:30pm to 3:30pm in San Antonio, TX.

Dr. Wang is expected to spend personal time preparing for, and participating in, the advisory board meeting. Dr. Wang will be compensated one thousand dollars ($1,000) for his time participating in the advisory board meeting on October 25th, 2017.

Consultant and Company agree that compensation to be paid under this Consulting Agreement is consistent with fair market value in an arms-length transaction and is not intended, directly or indirectly, to compensate Consultant for purchasing, ordering, using, or recommending Company Products.

Dr. Wang agrees that time required for travel to consulting engagements is not considered billable time.

IMD_000679

**IN WITNESS WHEREOF**, the parties have duly executed this Agreement as of the date set forth below and effective as of the Effective Date.

International Medical Devices, Inc.
8500 Wilshire Blvd.
Suite 707
Beverly Hills, CA 90211


By: _____

Print Name: Jonathan Elist

Print Title: CEO



Date: ____10/10/2017_____

Run Wang
4108 Amherst St
Houston, TX 77005


By: _____

Print Name: Run Wang, MD

Print Title: Professor of Urology, Director of Sexual Medicine, Department of Urology, University of Texas MD Anderson Cancer Center



Date: _____10/6/2017_____

IMD_000680

J. Elist Exhibit I

## AMENDMENT TO EXHIBIT A

## CONSULTING SERVICES

The specific Consulting Services enumerated in the Consulting Agreement between Run Wang, MD, a urologist practicing in Houston, TX and International Medical Devices dated October 25, 2017 are hereby amended as follows:

The Consultant participated in an advisory board meeting of urology opinion leaders that will take place on October 25th, 2017 from 12:30pm to 3:30pm in San Antonio, TX. During that meeting, Dr. Wang provided substantial assistance in developing strategies and tactics that are being used to educate providers about the Penuma Silicone Block Penile Implant and address challenges they may encounter when using the implant.

Following the advisory board meeting, the urology opinion leaders recommended a physician training program that included an opportunity for invited surgeons to observe cases with Dr. James Elist in Beverly Hills, CA and the urology opinion leaders further recommended that invited physicians be allowed to assist with a small number of cases under the mentorship of Dr. James Elist. International Medical Devices wishes to retain Dr. Run Wang to both observe and assist with cases in order to help establish a physician training program.

- Dr. Run Wang will be paid $2,500 for a single day assisting with approximately 4 cases under the supervision of Dr. James Elist in Beverly Hills, CA.
- Dr. Run Wang will receive reimbursement up to $1,000 to cover all expenses associated with his travel to conduct these cases.

Urology opinion leaders further recommended that a body of data be collected on the experience that urology opinion leaders have with the first series of cases. To that end, International Medical Devices wishes to retain Dr. Run Wang to develop a protocol for a registry that will allow for prospective analysis of an appropriate pool of data to help the urology opinion leaders to evaluate the risks and benefits associated with the Penuma Silicone Block Penile Implant procedure and for Dr. Run Wang to support the collection of data for the registry from the first series of cases conducted in his clinic.

Consultant and Company agree that compensation to be paid under this Consulting Agreement is consistent with fair market value in an arms-length transaction and is not intended, directly or indirectly, to compensate Consultant for purchasing, ordering, using, or recommending Company Products.

Dr. Wang agrees that time required for travel to consulting engagements is not considered billable time.

**EXHIBIT**

**340**

IMD_000681

International Medical Devices, Inc.
8500 Wilshire Blvd.
Suite 707
Beverly Hills, CA 90211

By: _____

Print Name: Jonathan Elist

Print Title: CEO

Date: _____6/8/2018_____

Run Wang, MD
4108 Amherst St
Houston, TX 77005

By: _____

Print Name: Run Wang, MD

Print Title:  Professor of Urology, Director of Sexual Medicine, Department of Urology, University of Texas MD Anderson Cancer Center

Date: _____6/8/2018_____

IMD_000682

J. Elist Exhibit J

| From: | Thomas Hopper |
|---|---|
| Sent: | Friday, January 5, 2018 3:38 PM PST |
| To: | jonathan.elist@gmail.com |
| Subject: | Fwd: eTicket Itinerary and Receipt for Confirmation O9HX6R |

Hi Jon:

Did we ever book a hotel for Dr. Wang? I think we were going to pay for Thursday night and he was going to pay for Friday night….Let me know.

Thank you,

Tom Hopper | President

Gesiva Medical, LLC

US. Tel: (952) 843-8439

Email: thopper@gesiva.com

www.gesiva.com

Enhancing the well-being of patients suffering from urologic disorders. For questions or concerns please call us at 1-866-34-GESIVA or email us at info@gesiva.com.

Begin forwarded message:

**From:** "Wang, Run" <Run.Wang@uth.tmc.edu>
**Subject: Re: eTicket Itinerary and Receipt for Confirmation O9HX6R**
**Date:** November 20, 2017 at 5:15:46 PM CST
**To:** Thomas Hopper <thopper@gesiva.com>

Please give my thanks to Dr Elise. I will have dinner with my Friend's daughter from New Zealand who is studying in LA. Her parents are my best friends back in China.

Run

Sent from my iPhone

On Nov 20, 2017, at 3:38 PM, Thomas Hopper <thopper@gesiva.com> wrote:

Dr. Wang:

Are you open for dinner Friday night? Dr. Elist is Jewish and that religion has a tradition of Shabbat dinner on Friday night. They have invited you to join them for that dinner Friday night if you are open. Note that the dinner usually takes place at their home or the home of one of their relatives so it is a very nice invitation.

Please let me know if you are open. I told Dr. Elist that I was not sure if you had plans or other reasons for staying over Friday night so they will not be offended if you are not available.

Best regards,

Tom

CONFIDENTIAL                                                                            IMD_001775

On Nov 20, 2017, at 2:55 PM, Wang, Run <Run.Wang@uth.tmc.edu> wrote:

Perfect and thx.
Run

Sent from my iPhone

On Nov 20, 2017, at 2:45 PM, Thomas Hopper <thopper@gesiva.com> wrote:

Hello Dr. Wang:
Here is the itinerary. We will work on hotel next.
Best regards,
Tom

**Receipt for confirmation O9HX6R**

 United logo link to home page

**Confirmation: O9HX6R**

Check-In >
**Issue Date: November 20, 2017**

---

**TRAVELER INFORMATION**

| Traveler | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| WANG/RUN | 0162374483369 | | ---/--- |

---

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 18JAN18 | UA1842 | N | HOUSTON, TX (IAH -BUSH INTL) **8:06 PM** | LOS ANGELES, CA (LAX) **9:59 PM** | 737-900 | Purchase |
| Sat, 20JAN18 | UA1981 | N | LOS ANGELES, CA (LAX) **11:45 AM** | HOUSTON, TX (IAH -BUSH INTL) **4:56 PM** | | Purchase |

---

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: VISA Last Four Digits 1924 |
|---|---|---|
| Airfare: | 211.16 | |
| USD | | |
| U.S. Transportation Tax: | 15.84 | |
| U.S. Flight Segment Tax: | 8.20 | |
| September 11th Security Fee: | 11.20 | |

**CONFIDENTIAL**                                                                                 **IMD_001776**

U.S. Passenger Facility Charge:

      9.00

Per Person Total:

      255.40

USD

eTicket Total:

      255.40

USD

The airfare you paid on this itinerary totals: 211.16 USD

The taxes, fees, and surcharges paid total: 44.24 USD

Fare Rules:  Additional charges may apply for changes in addition to any fare rules listed.

      NONREF/NOCHGS/NOCBBG/NOASR

---

### Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Maximum weight and dimensions per piece of baggage<br>Max wt / dim per piece |
|---|---|---|---|
| 1/18/2018 Houston, TX (IAH -Bush INTL) to Los Angeles, CA (LAX) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 1/20/2018 Los Angeles, CA (LAX) to Houston, TX (IAH -Bush INTL) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

---

### Important Information about MileagePlus Earning

 Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

 Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

 You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

 PQD are a Premier status requirement for members in the U.S. only.

 Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

---

### eTicket Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville,

Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis,

St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

**Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.

For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

For the most current status of your reservation, go to our Flight Status page.

Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

---

**Basic Economy Details**

This is a Basic Economy reservation.

# J. Elist Exhibit K (ENTIRE VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL)