# EXHIBIT A TO THE DECLARATION OF EMILY R. STIERWALT IN SUPPORT OF JOINT CONSOLIDATED APPLICATION TO SEAL

# (REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL)

# EXHIBIT 8
# Filed Under Seal

**Things to Accomplish with Dr. Levine**

1. **Develop a patient screening tool (~$5,000)**
   a. Objective is to screen out patients who are not candidates for this procedure (body dysmorphic disorder, inability to abstain from sexual activity for 4-6 wks)

2. **Develop a pre/post-procedure satisfaction measurement tool (~$10,000)**

3. **Create audio/video/print instructional material (~ $10,000)**
   a. Instrument list

4. **Form an advisory board and conduct the initial meeting at SMS (~ $20,000)**
   a. ▓▓▓▓▓▓▓▓▓▓
   b. Run Wang
   c. ▓▓▓▓▓▓
   d. ▓▓▓▓▓▓
   e. Girard Henry
   f. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   g. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   h. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. **Attempt to correct misinformation in policy statements from SMS and AUA**

ATTORNEYS' EYES ONLY