**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| INTERNATIONAL MEDICAL DEVICES, INC.; et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ROBERT CORNELL, MD, an individual; et al.,<br><br>        Defendants. | Case No. 2:20-cv-03503-CBM (RAOx)<br><br>**CORRECTED ORDER GRANTING STIPULATION REQUESTING CONTINUANCES OF THE (1) CONTEMPT DISCOVERY DEADLINE FROM JANUARY 1, 2023, TO JANUARY 31, 2023, AND (2) TRIAL DATE TO MAY 2, 2023 [533][534]**<br><br>Judge: Consuelo B. Marshall<br>Crtrm.: 8B |

# ORDER

Having considered the stipulation of the parties and good cause appearing, the Court **ORDERS** that the parties abide by the following schedule:

|  | **Current Date** | **Parties' Stipulated Date** |
|---|---|---|
| Contempt Discovery Deadline (per Dkt. No. 530) | January 1, 2023 | January 31, 2023 |
| Pre-Trial Conference | February 14, 2023 | **April 4, 2023 at 2:30 P.M.** |
| Pre-Trial Motion Deadline | January 10, 2023 | February 28, 2023 |
| Jury Trial | February 28, 2023 | **June 6, 2023 at 10:00 a.m.** |

**IT IS SO ORDERED.**

Dated: JANUARY 4, 2023

Hon. Consuelo B. Marshall
United States District Judge

---

1

**CORRECTED ORDER GRANTING STIPULATION REQUESTING CONTINUANCES OF THE (1) CONTEMPT DISCOVERY DEADLINE FROM JANUARY 1, 2023, TO JANUARY 31, 2023, AND (2) TRIAL DATE TO MAY 2, 2023**