Ryan G. Baker (Bar No. 214036)
 rbaker@waymakerlaw.com
Donald R. Pepperman (Bar No. 109809)
 dpepperman@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
 smalzahn@waymakerlaw.com
Emily Stierwalt (Bar No. 323927)
 estierwalt@waymakerlaw.com
WAYMAKER LLP
515 S Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL MEDICAL DEVICES, INC.; et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT CORNELL, MD, an individual; et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-03503-CBM (RAOx)<br><br>**JOINT STIPULATION REQUESTING CONTINUANCES OF THE (1) PRE-TRIAL MOTION DEADLINE AND (2) PRE-TRIAL CONFERENCE DATE BASED ON THE JUNE 6, 2023 TRIAL DATE**<br><br>**[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH**<br><br>Judge:　Hon. Consuelo B. Marshall<br><br>Date Filed: April 15, 2020<br>Trial Date: June 6, 2023 |

1  Pursuant to Civil Local Rule 7-1, Plaintiffs International Medical Devices, Inc.; Menova International, Inc.; and James Elist, MD (collectively, "Plaintiffs"), on the one hand; and Defendants Robert Cornell, MD; Augmenta, LLC; Robert J. Cornell M.D., P.A.; Jonathan Clavell Hernandez, MD; Clavell Urology, PLLC; AM Founders LLC; Augmenta Investors LLC; OAM LLC; Cornell Cosmetic Urology, LLC; David Louis Nichols; Huck Medical Technologies, Inc.; Hans Mische; Hans Mische, LLC; Run Wang, MD; RW Global Men's Health Consulting Services, PLLC; Capital Urology Associates, LLC; Richard B. Finger; and Lata Lignum LLC, on the other hand (collectively, "Defendants," and, with Plaintiffs, the "Parties"), respectfully submit, through their undersigned counsel, this Joint Stipulation requesting the Court modify its January 4, 2023 order (Dkt. No. 536, herein referred to as "Order") to continue the Pre-Trial Conference from April 4, 2023, to May 9, 2023, and extend the deadline to file pre-trial motions from February 28, 2023, to April 4, 2023.

WHEREAS, on December 23, 2022, the Parties filed a Joint Stipulation for, inter alia, a continuance of the trial date to May 2, 2023 (the "Stipulation"), and lodged a proposed order containing new proposed dates for the completion of contempt discovery, the trial, and pre-trial deadlines (Dkt. No. 533);

WHEREAS, on January 4, 2023, the Court entered a Corrected Order in which it continued the trial date to June 6, 2023 (a date that was approximately one month longer than the May 2, 2023 trial date proposed in the Stipulation) and adopted the remaining proposed dates set forth by the Parties in the Notice of Errata to the Stipulation (Dkt. No. 536);

WHEREAS, due to a scheduling conflict, one expert deposition remains which is scheduled to take place on February 22, 2023;

1   WHEREAS, given that the trial date has been continued to June 6, 2023, the
2   Parties agree that it would be most efficient to set the deadline for pre-trial motions
3   and the Pre-Trial Conference based on the June 6, 2023 trial date;

4   WHEREAS, the Parties have met and conferred about their respective
5   availability and jointly propose that the deadline to file pre-trial motions be continued
6   from February 28, 2023 to April 4, 2023;

7   WHEREAS, the Parties have met and conferred about their respective
8   availability and jointly propose that the Pre-Trial Conference be continued from April
9   4, 2023 to May 9, 2023;

10   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
11   Parties, through their counsel, that the Court modify its Order to continue the Pre-
12   Trial Conference from April 4, 2023, to May 9, 2023, and extend the deadline to file
13   pre-trial motions from February 28, 2023, to April 4, 2023 as shown in the chart
14   below.

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Pre-Trial Motion Deadline | February 28, 2023 | April 4, 2023 |
| Pre-Trial Conference | April 4, 2023 | May 9, 2023 |

All other currently scheduled dates shall remain the same.

IT IS SO STIPULATED.

Dated: February 10, 2023          WAYMAKER LLP

                                  By:   /s/ Scott M. Malzahn
                                        Scott M. Malzahn
                                        *Attorneys for Plaintiffs*

2
STIPULATION REQUESTING CONTINUANCES OF PRE-TRIAL MOTION DEADLINE AND
PRE-TRIAL CONFERENCE DATE

Dated: February 10, 2023         AHMAD, ZAVITSANOS & MENSING P.C.

By: */s/ Shahmeer Halepota*
       Shahmeer Halepota
       *Attorneys for Defendants*

## ATTESTATION FOR SIGNATURES

I, Scott M. Malzahn, am the ECF user whose user ID and password authorized the filing of this document. Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories to this document have concurred and authorized this filing.

Dated: February 10, 2023          WAYMAKER LLP

By: */s/ Scott M. Malzahn*
Scott M. Malzahn
*Attorneys for Plaintiffs*