# Trial Exhibit 501

1/15/2020                                                            Trademark Electronic Search System (TESS)

   United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Jan 15 04:13:44 EST 2020

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# Penuma

| | |
|---|---|
| **Word Mark** | **PENUMA** |
| **Translations** | The wording "**PENUMA**" has no meaning in a foreign language. |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Implants comprising natural, non-living materials. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160107 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86870784 |
| **Filing Date** | January 10, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 5, 2016 |
| **Registration Number** | 5044348 |
| **International Registration Number** | 1367771 |
| **Registration Date** | September 20, 2016 |
| **Owner** | (REGISTRANT) Menova International, Inc CORPORATION CALIFORNIA 8500 Wilshire Blvd, Suite 707 Beverly Hills CALIFORNIA 90211 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA |
| --- |
| CASE NO. 2:20-cv-03503-CBM (RAOx) |
| International Medical Devices, Inc., et al., |
| VS. Robert Cornell, MD, an individual; et al., |
| JOINT EXHIBIT 501 |
| DATE _____ IDEN. |
| DATE _____ EVID. |
| BY _____ Deputy Clerk |

J501-002