UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | **CV 20-3503-CBM(RAOx)** |
| Title: | **International Medical Devices, Inc. et al v. Robert Cornell et al** |
| Date | JUNE 9, 2023 |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT COURT JUDGE PRESIDING

| Yolanda Skipper | Marea Woolrich/ Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Ryan G. Baker, Samuel Standage Meehan, Emily R. Stierwalt, Donald R. Peppermen, Scott M. Malzahn | Alexander M. Dvorscak, Weining Bai, Shahmeer A. Halepota, Jason McManis |

\_\_\_\_ Day Court Trial   **4th (held and continued)** **Day Jury Trial**

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by \_\_\_\_
**X** Witnesses called, sworn and testified.   **X** Exhibits identified.   **X** Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   Defendant(s) rest.
\_\_\_\_ Closing arguments made by \_\_\_\_ plaintiff(s) \_\_\_\_ defendant(s). \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.   Jury retires to deliberate.   Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   plaintiff(s) is read and filed   defendant(s) is read and filed.
\_\_\_\_ Jury polled.   Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   Filed jury notes.   Filed jury instructions.
\_\_\_\_ Judgment by Court for \_\_\_\_   plaintiff(s)   defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   plaintiff(s)   defendant(s).
\_\_\_\_ Case submitted.   Briefs to be filed by \_\_\_\_
\_\_\_\_ Motion to dismiss by \_\_\_\_ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued to   JUNE 12, 2023 AT 8:00 A.M.   for further trial/further jury deliberation.
\_\_\_\_ Other: \_\_\_\_

5 : 39

Initials of Deputy Clerk   YS

cc:  all parties of record