1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

INTERNATIONAL MEDICAL
DEVICES, INC.; et al.,

        Plaintiffs,

    v.

ROBERT CORNELL, MD, an
individual; et al.,

        Defendants.

Case No. 2:20-cv-03503-CBM (RAOx)

**[PROPOSED] ORDER
GRANTING STIPULATION RE
POST-TRIAL BRIEFING
SCHEDULE AND EVIDENTIARY
HEARING**

Judge:  Consuelo B. Marshall
Crtrm.:  8B

## ORDER

Plaintiffs International Medical Devices, Inc. ("IMD"); Menova International, Inc.; and James Elist, MD (collectively, "Plaintiffs"), on the one hand; and Defendants Robert Cornell, MD ("Cornell"); Augmenta, LLC; Robert J. Cornell M.D., P.A.; Augmenta Investors LLC;  Cornell Cosmetic Urology, LLC; David Louis Nichols ("Nichols"); Huck Medical Technologies, Inc.; Hans Mische ("Mische"); Hans Mische, LLC; Run Wang ("Wang"), MD; and Richard B. Finger, on the other hand (collectively, "Defendants," and, with Plaintiffs, the "Parties") filed a joint stipulation regarding post-trial briefing.

Having considered the stipulation of the parties and good cause appearing, the Court **ORDERS** that:

1. Plaintiffs shall file a post-trial brief on their sought-after remedies (excluding attorneys' fees and costs) and any papers in support thereof on or before July 28, 2023;

2. Defendants shall file their response to Plaintiffs' post-trial brief and any papers in support thereof on or before August 18, 2023;

3. Plaintiffs shall their reply papers on or before September 4, 2023;

4. The Court will hold an evidentiary hearing and/or hear argument on Plaintiffs' sought-after remedies and Defendants' anticipated motion to dissolve the preliminary injunction on _____, 2023, or as soon thereafter as the Court is available;

5. Briefing of motions for attorneys' fees or pursuant to Rule 50 shall be take place after final judgment is entered.

**IT IS SO ORDERED.**

1

[PROPOSED] ORDER GRANTING STIPULATION RE POST-TRIAL BRIEFING SCHEDULE AND EVIDENTIARY HEARING

1  Dated:_____

2                                          _____
                                           Hon. Consuelo B. Marshall
3                                          United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28