1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL MEDICAL DEVICES, INC.; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT CORNELL, MD, an individual; et al.,<br><br>    Defendants. | Case No. 2:20-cv-03503-CBM (RAOx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE SCHEDULING MODIFYING POST-TRIAL EVIDENTIARY HEARING AND ARGUMENTS**<br><br>Judge:  Consuelo B. Marshall<br>Courtroom.:  8B |

# ORDER

Plaintiffs International Medical Devices, Inc. ("IMD"); Menova International, Inc.; and James Elist, MD (collectively, "Plaintiffs"), on the one hand; and Defendants Robert Cornell, MD ("Cornell"); Augmenta, LLC; Robert J. Cornell M.D., P.A.; Augmenta Investors LLC; Cornell Cosmetic Urology, LLC; David Louis Nichols ("Nichols"); Huck Medical Technologies, Inc.; Hans Mische ("Mische"); Hans Mische, LLC; Run Wang ("Wang"), MD; and Richard B. Finger, on the other hand (collectively, "Defendants," and, with Plaintiffs, the "Parties") filed a joint stipulation regarding modifying the schedule of the post-trial evidentiary hearing and arguments on Plaintiffs' sought-after remedies.

Having considered the stipulation of the parties and good cause appearing, the Court **ORDERS** that the evidentiary hearing and argument on Plaintiffs' motions for remedies and Defendants' motion to dissolve the preliminary injunction be continued from October 18, 2023 to October 26, 2023 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:_____

Hon. Consuelo B. Marshall
United States District Judge